# Exhibit 6

Crusoe Energy Systems, LLC v. Upstream Data Inc.

**CLAIM CHART – U.S. Patent No. 10,862,309 – Claim 1**

| Claim Element | Accused Upstream Products |
|---|---|
| "A flare mitigation system comprising: an electrical power generation system comprising:" | To the extent the preamble is limiting, Upstream's various-sized hash generator products qualify as flare mitigation systems that are designed to perform the limitations of the claim, described below.  The hash generators include an electrical power generation system. |

**SPECS - Air Cooled Hash Generator™**

| | Hash Generator 50 kW AC | Hash Generator 80 kW AC | Hash Generator 160 kW AC | Hash Generator 325 kW AC |
|---|---|---|---|---|
| Building Dimension (WxLxH) | 5x14x9.5 | 6x16x9.5 | 10x18x9.5 | 10x28x10.5 |
| Prime Power Rating (kW) | 65 | 113 | 229 | 392 |
| Continuous Power Rating (kW) | 48 | 80 | 160 | 325 |
| EPA certified engine | No | Yes | | |
| Fuel Type | Natural Gas / Propane | | | |
| Estimated fuel consumption (MCF/d) | 12 | 24 | 50 | 91 |
| Electrical Input | 3-phase, 416Y240VAC (default) / 480Y277VAC, 60 Hz | | | |
| Switchgear Rating (A) | 150 | 250 | 400 | 800 |
| AC Rack Quantity | 1 | 1 | 2 | 4 |
| Miner Slots | 12 | 24 | 48 | 96 |
| Miner Compatibility | M30, M50, M60, S19, S21, S21+, S21 Pro, S21 XP | | | |
| Total Rated CFM | 8,000 | 20,500 | 41,000 | 82,000 |
| VFD (HP) | N/A (single speed) | 10 | 10 | 25 |
| | | Download Specs | Download Specs | Download Specs |

Ex. 16 at 8-9 (https://upstreamdata.com/hash-generator/); *see also* Ex. 22 (80 kW Hash Generator

Crusoe Energy Systems, LLC v. Upstream Data Inc.

| | |
|---|---|
| | specification sheet); Ex. 23 (160 kW Hash Generator specification sheet); Ex. 24 (325 kW Hash Generator specification sheet).<br><br>To the extent "flare mitigation" is understood as regarding the oil and gas industry and the practice of "flaring" stranded natural gas, Upstream explains that its hash generator products are "targeted towards oil and gas applications":<br><br><br><br>https://www.youtube.com/watch?v=zAKB4mzoXIo (180 kW Hash Generator Overview for Oil and Gas Bitcoin Mining) ("180 kW Hash Generator Video") (last accessed July 18, 2025); *see also* Ex. 25 (https://www.upstreamdata.ca/news (articles mentioning oil and gas companies using the product)); Ex. 26 (https://www.upstreamdata.ca/about (asserting a "solution to address the long standing issue of vented and flared natural gas")). |
| "a power generation module adapted to:" | Upstream's hash generator products are divided into two sides, one that houses a generator for electrical power generation from burning natural gas and one that houses the bitcoin miners and controllers. Upstream calls the side of its product that houses the generator the "gen set." The gen set includes a power generation module with a generator component. |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



https://www.youtube.com/watch?v=EqYVp0ULO-M& (Shop Tour of a 90 kW Hash Generator Bitcoin Mining Rig) ("90 kW Hash Generator Video") (last accessed July 18, 2025)

| | |
|---|---|
| "receive a fuel gas stream comprising a fuel gas associated with a gas profile, the fuel gas having a heat value of at least about 1,000 Btu/scf; and" | Upstream's hash generator products are specifically designed to receive a fuel gas into their power generation systems. |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



Ex. 16 at 8 (https://upstreamdata.com/hash-generator/)

On information and belief, the fuel gas received by Upstream's hash generators' gen sets (such as "pipeline gas" or "Natural Gas / Propane") has a heat value of at least about 1,000 Btu/scf, as claimed.

*See, e.g.*:

is needed to convert these prices from one price basis to another. In 2023, the U.S. annual average heat content of natural gas delivered to end-use sectors averaged about 1,038 Btu per cubic foot.

Ex. 27 at 1 (https://www.eia.gov/tools/faqs/faq.php?id=45&t=7)

Crusoe Energy Systems, LLC v. Upstream Data Inc.

| Properties of | | Natural Gas | Propane | Butane |
|---|---|---|---|---|
| Chemical formula | | $CH_4$ | $C_3H_8$ | $C_4H_{10}$ |
| Boiling point of liquid at atmospheric pressure | °F | -259 | -44 | 32 |
| | °C | -162 | -42 | 0 |
| Specific Gravity of vapor (Air = 1) | | 0.6 | 1.53 | 2.00 |
| Specific Gravity of liquid (Water = 1) | | 0.6 | 0.51 | 0.58 |
| Calorific value @ 60°F (15°C) | BTU/cuft | 1012 | 2516 | 3280 |
| | kcal/m³ | 9005 | 22,390 | 29,189 |
| | MJ/m³ | 37.71 | 93.74 | 122.21 |
| | BTU/gal | | 91,690 | 102,032 |
| | kcal/liter | | 6,103 | 6,792 |
| | MJ/liter | | 25.56 | 28.44 |
| | BTU/lb | | 21,591 | 21,221 |
| | kcal/kg | | 11,995 | 11,789 |
| | MJ/kg | | 50.22 | 49.36 |

Ex. 28 at 3 (https://altenergy.com/technology/properties-of-lp-lpair-natural-gas/ (annotation added))

| "consume the fuel gas stream to generate a high-voltage electrical output associated with a first voltage; and" | Upstream's hash generators are designed to consume the fuel gas stream to generate a high-voltage (480V) electrical output, as claimed.  For instance, the 90 kilowatt generator shown below is designed to burn gas to create electrical energy. <br><br>  <br><br> and this unit is a 90 kilowatt it'll burn about 25 mcf a gas a day |

Crusoe Energy Systems, LLC v. Upstream Data Inc.

| | |
|---|---|
| | <br>90 kW Hash Generator Video (Mr. Barbour says "480 volt" at this timestamp but the subtitle incorrectly shows "40 volt")<br><br><br>180 kW Hash Generator Video |
| "an electrical transformation module | Upstream's hash generator products are configured to generate power at high-voltage electrical output (480V) and transform that output into a low-voltage electrical output that is lower than the first voltage |

Crusoe Energy Systems, LLC v. Upstream Data Inc.

| | |
|---|---|
| in electrical communication with the power generation module, the electrical transformation module adapted to: receive the high-voltage electrical output generated by the power generation module; and transform the high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage;" | (415V or 240V) for use with its bitcoin miners. Performing such a transformation would necessarily involve an electrical transformation module in electrical communication with the parallel panel.<br><br><br>180 kW Hash Generator Video (generating power at 480 volt)<br><br><br>180 kW Hash Generator Video (mining bitcoin "typically" at 415V) |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



Ex. 31 at 6 (https://upstreamdata.com/hash-generator/ (annotation added)); *see also* Ex. 24 at 2 (mentioning "Smart PDU's (Power Distribution Unit)").  Note also that the Smart PDU referenced above supplies power to "both single and three phase PSUs" or Power Supply Units, which, on information and belief, are units included in each bitcoin miner to convert the AC power input into DC power.

Crusoe Energy Systems, LLC v. Upstream Data Inc.



Ex. 16 at 7 (https://upstreamdata.com/hash-generator/ (annotation added)); *see also* Ex. 24 at 2 (mentioning "Power distribution switch gear").

Ex. 16 at 8 (https://upstreamdata.com/hash-generator/ (annotation added))

Crusoe Energy Systems, LLC v. Upstream Data Inc.



Ex. 32 at 4 (https://upstreamdata.com/loadsync/ (showing voltages near 240 volts from the Power Distribution Units (PDUs) to the miners) (annotation added))



Ex. 32 at 9 (https://upstreamdata.com/loadsync/ (showing voltages near 240 volts from the Power Distribution Units (PDUs) to the miners) (annotation added))

Crusoe Energy Systems, LLC v. Upstream Data Inc.

| "a distributed computing system powered by the electrical power generation system, the distributed computing system comprising:" | Upstream's hash generator products include a distributed computing system (bitcoin miners) that are powered by the electrical power generation system.  90 kW Hash Generator Video  90 kW Hash Generator Video |
| --- | --- |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video

| | |
|---|---|
| "a communications system comprising one or more data satellite antennas, the communications system adapted to provide a network; and" | Upstream's hash generator products include communications systems designed to provide a network.  This network is what enables Upstream's controllers (and cell phone applications) to monitor system variables and control the system remotely. |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.

The communications systems for Upstream's hash generator products have data satellite antennas.



Ex. 26 at 1 (https://upstreamdata.com/about/ (annotation added))

Crusoe Energy Systems, LLC v. Upstream Data Inc.



https://www.youtube.com/watch?v=q_1jrIzTvMQ (180kw Off-Grid Bitcoin Mine Walkthrough with Steve Barbour) (annotation added) (last accessed July 18, 2025)

| | |
|---|---|
| "a first mobile data center comprising: an enclosure defining an interior space; a plurality of distributed computing units located within the interior space of the enclosure, each of the plurality of distributed computing units in communication with the network; and" | Upstream's hash generators include a first mobile data center in a separate enclosure from the gen set that includes a plurality of distributed computing units—bitcoin miners—that are located within the interior space of the enclosure. |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



https://www.youtube.com/watch?v=D34oQRrxU3Q (Ohmm Hash Generator - Tour 1/2) (last accessed
July 18, 2025) (showing as-installed bitcoin miners connected to PDUs within the interior space)

Crusoe Energy Systems, LLC v. Upstream Data Inc.

These bitcoin miners are in communication with the network, as demonstrated by the remote monitoring and control capabilities touted on Upstream's website.



Ex. 32 at 4-5 (https://upstreamdata.com/loadsync/)



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

| "a power system located at least partially within the | Upstream's hash generators include a power system (including elements such as Power Distribution Units (PDUs), power supply units, and power distribution switch gear) within the interior space of the mobile data center enclosure that is in communication with the electrical transformation module (to take in the |
|---|---|

23

| | |
|---|---|
| interior space of the enclosure, the power system in electrical communication with the electrical transformation module and the plurality of distributed computing units such that the power system receives the low-voltage electrical output and powers each of the plurality of distributed computing units; and" | low-voltage electrical output) and the distributed computing units (to power the bitcoin miners with the low-voltage electrical output).<br><br><br><br>Ex. 32 at 4 (https://upstreamdata.com/loadsync/)<br><br><br><br>90 kW Hash Generator Video |

Crusoe Energy Systems, LLC v. Upstream Data Inc.

| "a monitoring and control system in communication with the electrical power generation system and the distributed computing system via the network, the monitoring and control system adapted to:" | Upstream touts its hash generators' capabilities to automatically monitor the operational parameters of the power generation module and control the generator component (such as stopping the engine).<br><br><br>90 kW Hash Generator Video<br><br><br>90 kW Hash Generator Video |
|---|---|

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

| | |
|---|---|
| "monitor the gas profile of the fuel gas received by the | Upstream's hash generators are designed to automatically modulate the electrical load of the distributed computing system (bitcoin miners) by the monitoring and control system, for instance by "shed[ding] the load" by turning off individual miners via the PDU (so-called "circuit control"), or by "clocking control," |

| electrical power generation system; and upon determining a change in the gas profile, automatically modulate an electrical load of the distributed computing system." | where the miners are overclocked or underclocked to use more or less power.  This modulation is executed when the system determines a change in the gas profile of the incoming fuel gas, such as "lost fuel," "fuel froze," or "fuel pressure drops."  90 kW Hash Generator Video |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video