Exhibit 8

Crusoe Energy Systems, LLC v. Upstream Data Inc.

**CLAIM CHART – U.S. Patent No. 11,451,059 – Claim 1**

| Claim Element | Accused Upstream Products |
|---|---|
| "A method comprising: receiving, by a power generation system, a fuel gas stream comprising a fuel gas having a heat value of at least about 1,000 Btu/scf;" | To the extent the preamble is limiting, Upstream's various sized hash generator products are designed to perform the limitations of the claim, described below.<br><br><br><br>Ex. 16 at 8-9 (https://upstreamdata.com/hash-generator/); *see also* Ex. 22 (80 kW Hash Generator specification sheet); Ex. 23 (160 kW Hash Generator specification sheet); Ex. 24 (325 kW Hash Generator |

The table within the image reads:

**SPECS - Air Cooled Hash Generator™**

| | Hash Generator 50 kW AC | Hash Generator 80 kW AC | Hash Generator 160 kW AC | Hash Generator 325 kW AC |
|---|---|---|---|---|
| Building Dimension (WxLxH) | 5x14x9.5 | 6x16x9.5 | 10x18x9.5 | 10x28x10.5 |
| Prime Power Rating (kW) | 65 | 113 | 229 | 392 |
| Continuous Power Rating (kW) | 48 | 80 | 160 | 325 |
| EPA certified engine | No | Yes | | |
| Fuel Type | Natural Gas / Propane | | | |
| Estimated fuel consumption (MCF/d) | 12 | 24 | 50 | 91 |
| Electrical Input | 3-phase, 416Y240VAC (default) / 480Y277VAC, 60 Hz | | | |
| Switchgear Rating (A) | 150 | 250 | 400 | 800 |
| AC Rack Quantity | 1 | 1 | 2 | 4 |
| Miner Slots | 12 | 24 | 48 | 96 |
| Miner Compatibility | M30, M50, M60, S19, S21, S21+, S21 Pro, S21 XP | | | |
| Total Rated CFM | 8,000 | 20,500 | 41,000 | 82,000 |
| VFD (HP) | N/A (single speed) | 10 | 10 | 25 |
| | Download Specs | Download Specs | Download Specs | |

Crusoe Energy Systems, LLC v. Upstream Data Inc.

|  | specification sheet); *see also see also* Ex. 25 (https://www.upstreamdata.ca/news); Ex. 26 (https://www.upstreamdata.ca/about)

Upstream's hash generator products are divided into two sides, one that houses a generator for electrical power generation from burning natural gas and one that houses the bitcoin miners and controllers. Upstream calls the side of its product that houses the generator the "gen set."  The gen set includes a power generation module with a generator component.



https://www.youtube.com/watch?v=EqYVp0ULO-M& (Shop Tour of a 90 kW Hash Generator Bitcoin Mining Rig) ("90 kW Hash Generator Video") (last accessed July 18, 2025)

Upstream's hash generator products are specifically designed to receive a fuel gas into their power generation systems. |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



| Fuel Type | Natural Gas / Propane |
|---|---|

Ex. 16 at 8 (https://upstreamdata.com/hash-generator/)

On information and belief, the fuel gas received by Upstream's hash generators' gen sets (such as "pipeline gas" or "Natural Gas / Propane") has a heat value of at least about 1,000 Btu/scf, as claimed.

*See, e.g.*:

is needed to convert these prices from one price basis to another. In 2023, the U.S. annual average heat content of natural gas delivered to end-use sectors averaged about 1,038 Btu per cubic foot.

Ex. 27 at 1 (https://www.eia.gov/tools/faqs/faq.php?id=45&t=7)

Crusoe Energy Systems, LLC v. Upstream Data Inc.

| Properties of | | Natural Gas | Propane | Butane |
|---|---|---|---|---|
| Chemical formula | | $CH_4$ | $C_3H_8$ | $C_4H_{10}$ |
| Boiling point of liquid at atmospheric pressure | °F | -259 | -44 | 32 |
| | °C | -162 | -42 | 0 |
| Specific Gravity of vapor (Air = 1) | | 0.6 | 1.53 | 2.00 |
| Specific Gravity of liquid (Water = 1) | | 0.6 | 0.51 | 0.58 |
| Calorific value @ 60°F (15°C) | BTU/cuft | 1012 | 2516 | 3280 |
| | kcal/m³ | 9005 | 22,390 | 29,189 |
| | MJ/m³ | 37.71 | 93.74 | 122.21 |
| | BTU/gal | | 91,690 | 102,032 |
| | kcal/liter | | 6,103 | 6,792 |
| | MJ/liter | | 25.56 | 28.44 |
| | BTU/lb | | 21,591 | 21,221 |
| | kcal/kg | | 11,995 | 11,789 |
| | MJ/kg | | 50.22 | 49.36 |

Ex. 28 at 3 (https://altenergy.com/technology/properties-of-lp-lpair-natural-gas/ (annotation added))

| | |
|---|---|
| "generating, by the power generation system, from the fuel gas, a high-voltage electrical output associated with a first voltage, wherein said generating is performed by a power generation module of the power generation system, the power generation module including a generator component adapted to convert the fuel gas into electrical energy," | Upstream's hash generator products are designed to generate a high-voltage (480V) electrical output with a power generation module, as claimed.<br><br><br>90 kW Hash Generator Video<br><br>The generation module includes a generator component adapted to convert the fuel gas into electrical energy. For instance, the 90 kilowatt generator shown below is designed to burn gas to create electrical energy. |

4

Crusoe Energy Systems, LLC v. Upstream Data Inc.





90 kW Hash Generator Video (Mr. Barbour says "480 volt" at this timestamp but the subtitle incorrectly shows "40 volt")

Crusoe Energy Systems, LLC v. Upstream Data Inc.

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=zAKB4mzoXIo (180 kW Hash Generator Overview for Oil and Gas Bitcoin Mining) ("180 kW Hash Generator Video") (last accessed July 18, 2025) |
| "the power generation module further including monitoring and control equipment, the monitoring and control equipment of the power generation module being in direct communication with the generator component and in remote communication with a monitoring and control system," | Upstream's power generation module includes monitoring and control equipment, such as the "dynagen controller" shown below, which Mr. Barbour describes as "basically just a digital control panel" that is "tied into [the] PLC system on the other end." |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video

Upstream's monitoring and control equipment is in direct communication with the generator (in one embodiment, it is attached to the generator directly, as shown above), as well as in remote communication with a monitoring and control system (the "PLC system on the other end").

Alternatively, one could understand a second "monitoring and control system" to be included in Upstream's hash generator products in the form of an application on the user's phone that is connected to Upstream's PLC via cellular modem.

Both the PLC and the user's application allow remote monitoring of various parameters (such as engine temp, RPM, oil pressure, etc.) as well as direct control allowing the user to "run [the] entire unit" (such as "start/stop the engine").

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video

Ex. 32 at 5 (https://upstreamdata.com/loadsync/)

Crusoe Energy Systems, LLC v. Upstream Data Inc.

|  |  |
|---|---|
|  | <br><br>Ex. 32 at 6 ([https://upstreamdata.com/loadsync/](https://upstreamdata.com/loadsync/)) |
| "transforming, by the power generation system, the high-voltage electrical output into a low-voltage electrical output associated with a second voltage that is lower than the first voltage;" | Upstream's hash generator products are configured to generate power at a high-voltage electrical output (480V) and transform that output into a low-voltage electrical output (415V or 240V) that is lower than the first voltage for use with its bitcoin miners.<br><br><br>180 kW Hash Generator Video (generating power at 480 volt) |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



180 kW Hash Generator Video (mining bitcoin "typically" at 415V)

Crusoe Energy Systems, LLC v. Upstream Data Inc.



Ex. 31 at 6 (https://upstreamdata.com/hash-generator/ (annotation added)); *see also* Ex. 24 at 2 (mentioning "Smart PDU's (Power Distribution Unit)").  Note also that the Smart PDU referenced above supplies power to "both single and three phase PSUs" or Power Supply Units, which, on information and belief, are units included in each bitcoin miner to convert the AC power input into DC power.

Crusoe Energy Systems, LLC v. Upstream Data Inc.



Ex. 16 at 7 (https://upstreamdata.com/hash-generator/ (annotation added)); *see also* Ex. 24 at 2 (mentioning "Power distribution switch gear").

Ex. 16 at 8 (https://upstreamdata.com/hash-generator/ (annotation added))

14

Crusoe Energy Systems, LLC v. Upstream Data Inc.



Ex. 32 at 4 (https://upstreamdata.com/loadsync/) (showing voltages near 240 volts from the Power Distribution Units (PDUs) to the miners) (annotation added))



Ex. 32 at 9 (https://upstreamdata.com/loadsync/) (showing voltages near 240 volts from the Power Distribution Units (PDUs) to the miners) (annotation added))

Crusoe Energy Systems, LLC v. Upstream Data Inc.

| "powering, by the power generation system, via the low-voltage electrical output, a plurality of distributed computing units;" | Upstream's hash generator products include a plurality of distributed computing units (bitcoin miners) that are powered by the low-voltage electrical output from the electrical power generation system.<br><br><br>90 kW Hash Generator Video<br><br><br>90 kW Hash Generator Video |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



https://www.youtube.com/watch?v=D34oQRrxU3Q (Ohmm Hash Generator - Tour 1/2) (last accessed July 18, 2025) (showing as-installed bitcoin miners connected to PDUs)

Crusoe Energy Systems, LLC v. Upstream Data Inc.

| "automatically monitoring, by the monitoring and control equipment of the power generation module, one or more operational parameters of the power generation module and controlling the generator component; and upon determining a change in the one or more operational parameters of the power generation module, modulating an electrical load of the plurality of distributed computing units by the monitoring and control system." | Upstream's hash generator products include monitoring and control equipment that automatically monitors one or more parameters of the power generation module (such as RPM, oil temperature, etc.) and controls the generator component (such as start/stop the engine).<br><br><br>90 kW Hash Generator Video |
| --- | --- |

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video

90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video

Upstream's hash generator products are designed to, upon determining a change in the one or more operational parameters of the power generation module, modulate the electrical load of the plurality of distributed computing units (bitcoin miners) by the monitoring and control system. For instance, Upstream's products are designed to modulate the electrical load by "shed[ding] the load" via turning off individual miners with the PDU (so-called "circuit control"), or by "clocking control," where the miners are overclocked or underclocked to use more or less power.

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



through clocking control it'll suspend or underclock miners we like this

90 kW Hash Generator Video

This modulation is executed when the system determines a change in the one or more operational parameters of the power generation module, such as the engine "showing it's overloaded," "lost fuel," "fuel froze," "fuel pressure drops," or "RPM slash frequency."

29

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video



90 kW Hash Generator Video

Crusoe Energy Systems, LLC v. Upstream Data Inc.



90 kW Hash Generator Video