# Exhibit 10

7/17/25, 2:20 AM    Colorado Technology Association Announces Crusoe Energy Systems as Winner of Emerging Technology Company of the Year AP…

Case 2:25-cv-00743-JRG    Document 1-10    Filed 07/24/25    Page 2 of 7 PageID #: 258

**Reserve NVIDIA GB200 today**

  

# Colorado Technology Association Announces Crusoe Energy Systems As Winner Of Emerging Technology Company Of The Year APEX Award

FEBRUARY 04, 2021

*Denver-Based Cleantech Company Crusoe Energy Wins Prestigious Statewide Technology Award*

DENVER--(BUSINESS WIRE)--The Colorado Technology Association ("CTA") names Crusoe Energy Systems Inc. ("Crusoe") as the winner of the APEX Award for Emerging Technology Company of the Year. The honor is awarded to Colorado's most innovative technology company which has operated for less than five years. CTA, a membership based organization, strives to promote technology in the state of Colorado by connecting leaders in the industry, highlighting the state's technology industry and providing mentorship opportunities.

Crusoe's Digital Flare Mitigation™ ("DFM") technology captures natural gas that would otherwise have been flared in the oil field and repurposes the wasted gas to power mobile, modular data centers deployed directly at the wellsite. DFM reduces methane emissions from flaring by over 95%, significantly reducing $CO_2$-equivalent emissions and the environmental impacts of hydrocarbon production. Over the past two years, Crusoe has deployed more than 35 DFM systems throughout Colorado, North Dakota, Wyoming, and Montana and has prevented hundreds of millions of cubic feet of wasteful natural gas flaring.

Crusoe was founded in 2018 by Colorado natives and high school friends Cully Cavness and Chase Lochmiller. Cavness, Crusoe's President and Chief Operating Officer, said, "On behalf of our entire team, we are honored to be selected as the winner of the APEX Award for Colorado's Emerging Technology Company of the Year. We believe that many of the environmental challenges faced by the energy industry can be addressed through technology and innovation, and we are proud that Crusoe has been recognized for advancing solutions that generate both environmental and economic benefits." Over the past two years, Crusoe has grown their team to more than 50 employees across three states and has received funding from investors such as Bain Capital Ventures, Founders Fund, and Winklevoss Capital.

**About The Colorado Technology Association and the APEX Awards**

CTA is celebrating the 20th anniversary of the APEX Awards with a week of virtual events culminating with the 2021 Award Ceremony on February 4th. Other APEX awards include: Talent Champion of the Year, Emerging Leader of the Year, and Project of the Year. Former notable APEX winners include Denver Mayor Michael Hancock and Colorado Springs based space technology startup, Bluestaq.

**About Crusoe Energy Systems Inc.**

Crusoe provides innovative solutions for the energy industry. By converting natural gas to energy-intensive computing, Crusoe's Digital Flare Mitigation™ service delivers an environmentally sound way to create a beneficial use for otherwise wasted natural gas. Crusoe has deployed flare mitigation projects in North Dakota, Montana, Wyoming and Colorado. Systems are scalable up to millions of cubic feet per day and can be deployed anywhere in the United States or Canada. The company is based in Denver, CO with offices in San Francisco, CA and Williston, ND.

`GENERAL`  `ENERGY`

Liked what you just read? Share it

# Relevant Articles

View all



JUN 28, 2024

Crusoe & Lowercarbon to Host AI Hackathon to Accelerate Clean Energy Development, OpenAI Offering Credits and Mentoring Hackers, Department of

7/17/25, 2:20 AM
Colorado Technology Association Announces Crusoe Energy Systems as Winner of Emerging Technology Company of the Year AP…
Case 2:25-cv-00743-JRG    Document 1-10    Filed 07/24/25    Page 5 of 7 PageID #: 261

Energy to Speak at Public Workshop

`GENERAL`  ENERGY



JUL 18, 2024

Crusoe to Build Initial 200 MW AI Data Center With Plans to Expand at 1.2 GW Lancium Clean Campus

`GENERAL`  ENERGY



7/17/25, 2:20 AM                    Colorado Technology Association Announces Crusoe Energy Systems as Winner of Emerging Technology Company of the Year AP…

Case 2:25-cv-00743-JRG    Document 1-10    Filed 07/24/25    Page 6 of 7 PageID #: 262

OCT 12, 2022

## Crusoe to Enhance Existing GAM Assets and Flare Mitigation Services Through Larger Scale, Advanced Operations and Technology

`GENERAL`  ENERGY



# Ready To Build Something Amazing?

Contact Us

### PRODUCTS

Crusoe Cloud

Data Centers

Energy

### ABOUT US

Our Mission

Our Impact

Leadership

Careers

### DEVELOPERS

Documentation

Github

Cookbook

### OTHER

Blog

Newsroom

Crusoe Industries

Support

Trust Center

Legal Center

7/17/25, 2:20 AM Colorado Technology Association Announces Crusoe Energy Systems as Winner of Emerging Technology Company of the Year AP…

Case 2:25-cv-00743-JRG    Document 1-10    Filed 07/24/25    Page 7 of 7 PageID #: 263

Report Abuse

Cloud Console Login

Contact Us



Crusoe is an NVIDIA Preferred Partner

2025 Crusoe Energy Systems LLC, All rights reserved.

Privacy Policy