# Exhibit 12

7/17/25, 2:22 AM
Case 2:25-cv-00743-JRG     Document 1-12    Filed 07/24/25    Page 2 of 8 PageID #: 274
Crusoe Energy Honored by Goldman Sachs for Entrepreneurship

Reserve NVIDIA GB200 today

  

Sign up

# Crusoe Energy Honored By Goldman Sachs For Entrepreneurship

OCTOBER 21, 2021



Chase Lochmiller

HEALDSBURG, Calif.--(BUSINESS WIRE)--Goldman Sachs (NYSE:GS) is recognizing Chase Lochmiller, Co-Founder & CEO of Crusoe Energy, as one of the 100 Most Intriguing Entrepreneurs of 2021 at its Builders + Innovators Summit in Healdsburg, California.

> ""Innovation doesn't happen just anywhere; it thrives where there's a wide range of thoughts and perspectives"
>
> [Tweet this](#)"

Goldman Sachs selected Chase Lochmiller as one of 100 entrepreneurs from multiple industries to be honored at the two-day event. Chase is an avid tech enthusiast that is passionate about enabling new technologies like AI and blockchain to positively impact people's lives. Prior to founding Crusoe, Chase was a General Partner at Polychain Capital, a multibillion-dollar fund investing in digital assets and blockchain technologies. Chase was previously a quantitative researcher and trader at Jump Trading and GETCO, where he developed and managed a portfolio of algorithmic trading strategies. Chase holds undergraduate degrees in math and physics from MIT and a masters degree in computer science from Stanford, where he specialized in artificial intelligence. As a personal interest, Chase has climbed five of the "seven summits" including Mt. Everest.

"I'm honored to be included with such an inspiring and diverse group of entrepreneurs," said Chase Lochmiller. "It's encouraging to see our mission of aligning the future of computing infrastructure with the future of the planet being recognized with such an incredible award."

Crusoe reduces the routine flaring of natural gas and creates an economic offtake to accelerate renewable energy infrastructure development by collocating data centers on site with energy production. Crusoe provides innovative solutions for the energy and technology industries. By converting wasted natural gas to energy-intensive computing, Crusoe's patented and environmental award-winning Digital Flare Mitigation® (DFM) systems deliver an efficient way to use otherwise wasted natural gas.

"Innovation doesn't happen just anywhere; it thrives where there's a wide range of thoughts and perspectives," said David M. Solomon, Chairman & CEO of Goldman Sachs. "One of our great strengths is our ability to bring together people from different walks of life and to spark conversations today that will lead to breakthroughs tomorrow. The leaders we've chosen to highlight at our Builders + Innovators Summit are truly remarkable, and we are pleased to recognize Chase Lochmiller as one of this year's most intriguing entrepreneurs."

**More Information:** Please reach out to info@crusoeenergy.com or visit www.crusoeenergy.com to learn more, and follow Crusoe on Linkedin and Twitter.

`GENERAL`

Liked what you just read? Share it 

# Relevant Articles

[View all](#)



Watch Video

NOV 03, 2021

Crusoe Energy: Goldman Sach's Builders and Innovators

`GENERAL`

7/17/25, 2:22 PM
Crusoe Energy Honored by Goldman Sachs for Entrepreneurship
Case 2:25-cv-00743-JRG    Document 1-12    Filed 07/24/25    Page 6 of 8 PageID #: 278



MAY 25, 2021

Colorado-founded Crusoe Energy Announces Major Expansion of its Denver Headquarters

GENERAL



JUN 29, 2023

Crusoe Expands International Footprint into Argentina with Local Project Developer Unblock

Case 2:25-cv-00743-JRG     Document 1-12     Filed 07/24/25     Page 7 of 8 PageID #:  279

GENERAL



## Ready To Build Something Amazing?

Contact Us

PRODUCTS

Crusoe Cloud

Data Centers

Energy

ABOUT US

Our Mission

Our Impact

Leadership

Careers

DEVELOPERS

Documentation

Github

Cookbook

OTHER

Blog

Newsroom

Crusoe Industries

Support

Trust Center

Legal Center

Report Abuse

Cloud Console Login

Contact Us



Crusoe is an NVIDIA Preferred Partner

2025 Crusoe Energy Systems LLC, All rights reserved.

Privacy Policy