# Exhibit 16



Products & Services      Technology      About      Resources      Store           🛒 0  $0.00





# WHY OUR LOADCENTERS OUTPERFORM THE COMPETITION:



**TWO LAYERS OF FILTRATION**



**SWITCHGEAR MAINS INCLUDED**



**PASSIVE HEAT RECIRC FOR COLD CLIMATES**



**DIRECT DRIVE BOOSTER FANS LOCATED IN COLD AISLE NEVER OVERHEAT**



**POSITIVE AIR PRESSURE FOR OPTIMAL COOLING**



**VARIABLE SPEED DRIVES OPTIMIZE POWER USAGE**



**SAFE WORKING SPACE & EMERGENCY EGRESS**



**CERTIFIED TO NATIONAL BUILDINGS AND ELECTRICAL STANDARDS**

## LoadSync™ Controller

Add our patented LoadSync™ Controller to your loadcenter for automatically managed load response.

Learn More



7/18/25, 11:34 AM
Hash Generator - upstreamdata.com
Case 2:25-cv-00743-JRG    Document 1-16    Filed 07/24/25    Page 4 of 11 PageID #: 306

# LoadSync™ Controller

Add our patented LoadSync™ Controller to your loadcenter for automatically managed load response.



# LoadSync™ Controller

Add our patented LoadSync™ Controller to your loadcenter for automatically managed load response.



## Smart PDU

Smart power distribution with remote / automated circuit control and metering! 480V service available.



# Smart PDU

Smart power distribution with remote / automated circuit control and metering! 480V service available.





## Smart PDU

Smart power distribution with remote / automated circuit control and metering! 480V service available.

### Robust Air Cooling Technology

[ Learn More ]

### Robust Water Cooling Technology

[ Learn More ]



# Standard Features



<

## LoadSync™ Controlle

Our patented LoadSync™ Controller autom
manages load response integrated into yo
loadcenter.

Learn More

## OPTIONAL UPGRADES



**480V Service**

Connect directly to 480V
without costly step-down
transformers (custom ASIC
PSUs may be required)



**Customization**

We manufacture steel
buildings custom to our
customer's needs. We can
build your loadcenter in the
color to match your brand.

# Standard Features





## Universal Voltage

All loadcenters are dual compatible for 415Y240 VAC and 480Y277 VAC input

# Check out our detailed Hash Generator™ 90 kW walkthrough

Hash Generator - upstreamdata.com



Shop Tour of a 90 kW Hash Generator Bitcoin Mining Rig

**Get a QUOTE on a Hash Generator!**

# SPECS - Air Cooled Hash Generator™

|  | Hash Generator 50 kW AC | Hash Generator 80 kW AC | Hash Generator 160 kW AC | Hash Generator 325 kW AC |
|---|---|---|---|---|
| Building Dimension (WxLxH) | 5x14x9.5 | 6x16x9.5 | 10x18x9.5 | 10x28x10.5 |
| Prime Power Rating (kW) | 65 | 113 | 229 | 392 |
| Continuous Power Rating (kW) | 48 | 80 | 160 | 325 |
| EPA certified engine | No | Yes | | |
| Fuel Type | Natural Gas / Propane | | | |
| Estimated fuel consumption (MCF/d) | 12 | 24 | 50 | 91 |
| Electrical Input | 3-phase, 416Y240VAC (default) / 480Y277VAC, 60 Hz | | | |
| Switchgear Rating (A) | 150 | 250 | 400 | 800 |
| AC Rack Quantity | 1 | 1 | 2 | 4 |

| Miner Slots | 12 | 24 | 48 | 96 |
|---|---|---|---|---|
| Miner Compatibility | M30, M50, M60, S19, S21, S21+, S21 Pro, S21 XP | | | |
| Total Rated CFM | 8,000 | 20,500 | 41,000 | 82,000 |
| VFD (HP) | N/A (single speed) | 10 | 10 | 25 |
| | | Download Specs | Download Specs | Download Specs |

# Hundreds of Hash Generators all over North America

In 2017 we introduced the world to conserving vented and flared natural gas via bitcoin mining and have constantly improved our modular Hash Generator™ product line ever since.







# Get a Quote

We optimize power generation in both the utility power industry and the oil and gas sector.

Contact Us

Copyright © 2025 Upstream Data, Inc.