# Exhibit 17

https://x.com/upstreamdatainc/status/1678105278141841411



https://x.com/upstreamdatainc/status/1305197459715420160



https://x.com/upstreamdatainc/status/1656367953254973442



3

https://x.com/upstreamdatainc/status/1733959425168453925



**Post**

**Upstream Data** @upstreamdatainc

Our tech team went down to Texas last week to help a customer troubleshoot their 90 kW Hash Generators

4:18 PM · Dec 10, 2023 · **2,559** Views

💬 1     🔁 1     ♡ 20     🔖 2

https://x.com/upstreamdatainc/status/1516846633064968194



https://x.com/upstreamdatainc/status/1681439594158653442



https://www.linkedin.com/posts/activity-7070479646840033281-woEC/



https://www.linkedin.com/posts/activity-7128585606007291904-R7V5/



8