# Exhibit 18

 

Published by  admin at  April 29, 2024

In 2019, Brent Whitehead and Matt Lohstroh of Texas A&M ventured into bitcoin mining on East Texas oil fields, tackling the taboo of merging oil and bitcoin. Their company, Giga Energy Solutions, utilizes stranded natural gas to power bitcoin miners, reducing emissions by 63% compared to flaring.



Upstream Data's portable mining solutions enable this innovation, providing economic sustainability for oil and gas companies to combust methane.

Initially met with skepticism, Giga has now signed deals with over 20 oil and gas companies, with revenue exceeding $4 million in 2021 and projected to surpass $20 million by 2022.

Upstream Data's success underscores the growing synergy between bitcoin mining and the energy industry, with over 140 mines across North America benefiting from their solutions.

The next phase could see energy producers themselves entering the bitcoin mining arena, further intertwining the sectors and revolutionizing the energy landscape.

Read the full news here

Copyright © 2025 Upstream Data, Inc.

April 29, 2024

Bitcoin miners and oil and gas execs mingled at a secretive meetup in Houston – here's what they talked about

September 9, 2022

Making Methane Reduction Profitable: The Story Of DenverBitcoin

January 30, 2022

Crypto Miners Face Margin Calls, Defaults as Debt Comes Due in Bear Market

Copyright © 2025 Upstream Data, Inc.

Hi there, have a question? Message us here.