# Exhibit 24



## 325kW Hash Generator
**SPECIFICATION SHEET**

### Genset Specifications

| | | |
|---|---|---|
| **Electrical** | Prime Power Rating | 392kW |
| | Continuous Power Rating[1] | 325kW |
| | Voltage | 416-480V P-P, 240-277V P-N, WYE |
| | Frequency | 60Hz |
| | Full Load Current | 624A (416V), 589A (480V) |
| | Power Factor Rating | .8PF |
| | Alternator Efficiency | 93.7% |
| | Main Circuit Breaker Rating | 800A, 80% Continuous |
| **Engine** | Manufacturer | Mesa Natural Gas Solutions |
| | Displacement | 21.9L |
| | Cylinder Arrangement | V-Series, 12-Cylinder |
| | Aspiration | After cooled, forced induction |
| | Engine Horsepower Rating | 589HP |
| | Fuel Type | Natural Gas |
| | EPA Certification | Yes |
| **Fuel** | Inlet Pressure | 5 PSI Min, 50 PSI Max, 25 PSI Nominal |
| | Inlet Connection | 2" NPT Female |
| **Fuel Consumption[2]** | 100% | 121 MCFD |
| | 75% | 91 MCFD |
| | 50% | 61 MCFD |

### Loadcenter Specifications

| | | |
|---|---|---|
| **Cooling** | Intake Fan Quantity | 4 |
| | Intake Fan Flow Rate | 20,500 CFM |
| | Intake Fan Motor Rating | 5 HP |
| | VFD Rating | 25 HP |
| **Racks** | Quantity | 4 |
| | PDU Outlets | 96 - PA45(P33) 6-Pin |
| | PDU Outlet Rating | 25A, 80% Continuous |
| | Shelf Quantity Per Rack | 4 |
| | Shelf Dimension | 51.9" x 12" (W x H) |
| | ASIC Compatibility[3] | M30, M50, M60, S21, S21 Pro, S21 XP |
| **Ancillary Load** | Cooling Maximum | 14kW |
| | Networking, Control & Lighting | 0.5kW |

### Building Specifications

| | | |
|---|---|---|
| **Building** | Type | Steel building (self-framer, skid mounted) |
| | Handling | Lifting lugs / eyes in skid base |
| | Access | (2) Steel man-doors w/ panic hardware |
| | Dimensions | 28' x 10' x 9.5' (L x W x H) |
| | Weight | 17,500LBS (Estimated) |

**upstream DATA**

# 325kW Hash Generator
## SPECIFICATION SHEET

### Product Features

| | | |
|---|---|---|
| | **Standard** | Power distribution switch gear |
| | | Networking hardware (unmanaged) |
| | | Heat management attachments |
| | | Smart PDU's (Power Distribution Unit) |
| | | Fuel gas scrubber |
| | | LoadSync™ with HMI control screen |
| | **Loadcenter** | Elevated ASIC racking, preventing debris from reaching ASIC's |
| | | Up to 24 ASICs per rack |
| | | Powered exhaust dampeners, keeping ASIC's safe when not in operation |
| | | 4' wide center aisle for ample working space and safe egress |
| | | Intakes have external pre filter and internal primary filter |
| | | Each intake fan has an electrical disconnect for safe service |
| | | Direct drive motors per intake fan for minimal maintenance and more reliability |
| | | Intake fan motors are in the cold section of the building, not subject to high ASIC exhaust |
| | | Fan speed fully automated or manually controlled through LoadSync™ |
| | **LoadSync™** | Remote control and monitoring of the entire system |
| | | Engine and electrical real time data |
| | | Cooling fan automation and control |
| | | PDU automation and load control |
| | | ASIC monitoring |
| | | Historical data trends and alarm history |

### Product Options

- Sound attenuating liner & attachments
- Custom building colors
- Hospital grade mufflers
- Downgrade to basic PDUs
- Removal of LoadSync™ system
- Certification Label (CAN/US)
- *Other customizations available upon request*

---

[1] Total loading should target the continuous power rating for the best overall operational efficiency. Use the formula, Total Loading = (Continuous Power Rating – Ancillary Load) / ASIC Load Rating. ASIC clocking may need to be adjusted to operate at full PDU outlet capacity. In low ambient conditions, where the cooling fans are not required, higher ASIC load might be possible.

[2] Fuel consumption is based on a proportional relationship with prime power output, assuming optimal efficiency conditions. These estimates are provided to assist in planning and operational efficiency. Actual fuel consumption will vary based on specific operating conditions.

[3] ASIC compatibility is based on published specifications from WhatsMiner and Antminer. Upstream data is not responsible for ASIC suppliers not adhering to their published specifications (e.g., higher power consumption, increased air flow requirements, etc.). Contact sales for other ASIC compatibility.

*Ratings and performance are solely for reference only and subject to site conditions and Upstream Data application and ratings guidelines. All information is subject to change without notice.*

**Upstream Data Inc**  5702-63 Avenue BAY 5 Lloydminster, AB T9V 3T7  sales@upstreamdata.com  www.upstreamdata.com