# Exhibit 25




$0.00

# News and Media
# from Upstream Data

Browse recent news articles about our company

Press Inquiries

**IN THE NEWS**

## Upstream Data News


Field Report



7/18/25, 11:26 AM
News - upstreamdata.com
Case 2:25-cv-00743-JRG    Document 1-25    Filed 07/24/25    Page 3 of 5 PageID #: 397



Published by ● admin at ● April 29, 2024

# Bitcoin miners and oil and gas execs mingled at a secretive meetup in Houston – here's what they talked about

In the heart of Texas, an unlikely alliance is forged between oil and gas executives and bitcoin miners. At the forefront of this convergence stands Upstream Data, pioneering a revolutionary approach to bitcoin mining by harnessing stranded natural gas. As traditional energy meets disruptive technology, Upstream Data's innovative solutions reshape the landscape, empowering industries to embrace sustainability while capitalizing on the lucrative opportunities of cryptocurrency.

🗏 Read more



Published by ● admin at ● April 29, 2024

# Bitcoin Mining Revolutionizes Oil and Gas Industry: Upstream Data Leads the Way

🗏 Read more



Published by ● admin at ● September 9, 2022

# Making Methane Reduction Profitable: The Story Of DenverBitcoin

Find out how DenverBitcoin's previous exposure to the oil and gas industry led him to see the potential for waste reduction while participating in the bitcoin mining industry.

🗏 Read more



Published by  admin at  January 30, 2022

## Crypto Miners Face Margin Calls, Defaults as Debt Comes Due in Bear Market

Private and publicly listed crypto miners owe up to $4 billion in debt used to finance the construction of gargantuan facilities across North America, according to industry participants and data.

 Read more



Published by  admin at  December 10, 2021

## Thinking Outside The Box With Upstream's New Black Box For Home Bitcoin Mining

There's a revolution brewing in Northern Canada on the Alberta-Saskatchewan border where Steve Barbour and Upstream Data are building new equipment for home mining bitcoin.

 Read more

# As Seen In



7/18/25, 11:26 AM
News - upstreamdata.com
Case 2:25-cv-00743-JRG    Document 1-25    Filed 07/24/25    Page 5 of 5 PageID #: 399

## Get a Quote

We optimize power generation in both the utility power industry and the oil and gas sector.

Contact Us

Copyright © 2025 Upstream Data, Inc.

