# Exhibit 26



# Our mission is to help energy producers operate more efficiently

"Whether it involves wasted natural gas through venting and flaring, power system load balancing, or high-performance modular loadcenters, Upstream Data has consistently led the market since 2017 in bitcoin mining technology and infrastructure. When you work with Upstream you can anticipate quality, high-performing equipment backed by passionate people. We prioritize both product and service as our top concerns and are grateful for every new customer we have the privilege to serve."

- Steve Barbour, President

**NATURAL GAS PRODUCTION OPTIMIZATION**

## Pioneered oilfield methane capture

In 2017 we developed a groundbreaking solution to address the long standing issue of vented and flared natural gas at upstream oil and gas facilities, tracing back to the origins of oil production with the Drake Well in 1859.

Our innovative approach connects modular bitcoin mining data centers with natural gas generators to convert normally wasted natural gas into a valuable digital asset such as bitcoin. Our patented technology eliminates the need for sunk costs in pipelines or power



Today a multi-billion dollar industry has sprouted from the first seed we sowed back in 2017 (pictured).

Hi there, have a question? Message us here.

7/18/25, 11:28 AM
About - upstreamdata.com
Case 2:25-cv-00743-JRG   Document 1-26   Filed 07/24/25   Page 3 of 4 PageID #: 402

lines, replacing them with portable, modular equipment that can be placed right at the source.

ENERGY SYSTEM BALANCING

# Invented hashrate load synchronization

With our 2017 prototype we integrated an automated load synchronization methodology where the bitcoin mining hashrate (load) would automatically match the power availability of the generator.

Our LoadSync™ controller can be added to any bitcoin mining farm to modulate hashrate and loading on the upstream energy system in response to imbalances between overall energy supply and demand.

For natural gas applications this may be an under-supply of fuel gas pressure or a spike-demand from production faculties. For utilities power, load control may be be triggered by under-frequency of the system (insufficient generation capacity), or it may simply respond on market pricing which is a derivative of supply / demand imbalance.



Our team culture is founded on 3 core values that we believe are integral to a successful team and a safe work environment:

| 1 | Trust In Our People | + |
| 2 | Positive Attitude | + |
| 3 | Strong Communication | + |

Hi there, have a question?
Message us here.

7/18/25, 11:28 AM
Case 2:25-cv-00743-JRG    Document 1-26    Filed 07/24/25    Page 4 of 4 PageID #: 403
About - upstreamdata.com




# Get a Quote

We optimize power generation in both the utility power industry and the oil and gas sector.

Contact Us

Copyright © 2025 Upstream Data, Inc.

