# Exhibit 27



# Frequently Asked Questions (FAQs)

## What are Ccf, Mcf, Btu, and therms? How do I convert natural gas prices in dollars per Ccf or Mcf to dollars per Btu or therm?

Abbreviations used for units of natural gas in the United States include:

- **Btu**—British thermal unit(s)
- **C**—100
- **cf**—cubic foot/feet
- **Ccf**—the volume of 100 cubic feet
- **M**—one thousand (1,000)
- **MM**—one million (1,000,000)
- **Mcf**—the volume of 1,000 cubic feet
- **MMBtu**—1,000,000 British thermal units
- **Therm**—One therm equals 100,000 Btu, or 0.10 MMBtu

In the United States, natural gas can be priced in units of dollars per therm, dollars per MMBtu, or dollars per cubic feet.[1] The heat content of natural gas per physical unit (such as Btu per cubic foot) is needed to convert these prices from one price basis to another. In 2023, the U.S. annual average heat content of natural gas delivered to end-use sectors averaged about 1,038 Btu per cubic foot. Therefore, 100 cubic feet (1 Ccf) of natural gas equals 103,800 Btu, or 1.038 therms. One thousand cubic feet (Mcf) of natural gas equals 1.038 MMBtu, or 10.38 therms.

You can convert natural gas prices from one price basis to another with these formulas (assuming a heat content of natural gas of 1,038 Btu per cubic foot):
$ per Ccf divided by 1.038 equals $ per therm
$ per therm multiplied by 1.038 equals $ per Ccf
$ per Mcf divided by 1.038 equals $ per MMBtu
$ per Mcf divided by 10.38 equals $ per therm
$ per MMBtu multiplied by 1.038 equals $ per Mcf
$ per therm multiplied by 10.38 equals $ per Mcf

The heat content of natural gas may vary by location and by type of natural gas consumer, and it may vary over time. Consumers and analysts should contact natural gas distribution companies or natural gas suppliers for information on the heat content of the natural gas they supply to their customers. Some natural gas distribution companies or utilities may provide this information on customers' bills.

[1] EIA reports natural gas in volumes of cubic feet through 1964 at a pressure base of 14.65 psia (pounds per square inch absolute) at 60° Fahrenheit. Beginning in 1965, the pressure base is 14.73 psia at 60° Fahrenheit.

Learn more:
Average annual and monthly heat content of natural gas consumed by state
Newly released heat content data allow for state-to-state natural gas comparisons
Natural gas conversion calculator

Last updated: May 15, 2024, with preliminary national average natural gas heat content data for 2023.

## Other FAQs about Conversion & Equivalents

- How do I convert between short tons and metric tons?
- What are Ccf, Mcf, Btu, and therms? How do I convert natural gas prices in dollars per Ccf or Mcf to dollars per Btu or therm?
- How do I compare the cost of heating fuels?
- How do I convert data in one unit of measure to a different unit of measure?
- How many gallons of gasoline and diesel fuel are made from one barrel of oil?
- What is the efficiency of different types of power plants?
- What are the greenhouse gas and air pollutant emissions factors for fuels and electricity?

## On This Page:

Coal

Conversion & Equivalents

Diesel

Electricity

Environment

Gasoline

General Energy

Natural Gas

Nuclear

Oil/Petroleum

Prices

Renewables

Full list of upcoming reports

Sign up for email notifications

Get the What's New RSS feed

## Didn't find the answer to your question?

**Ask an energy expert**