# Exhibit 28

7/18/25, 11:3... AM    Alternate Energy Systems, Inc. - LPG Data - Definitions and Technical Data for LPG, Natural Gas and LPG/Air Mixtures

Case 2:25-cv-00743-JRG    Document 28    Filed 07/24/25    Page 2 of 13 PageID #: 408



 (/)

## Alternate Energy Systems, Inc.

LPG Vaporizers - LP/Air Blenders - Gas/Gas Blenders - NatGas Backup Systems - PeakShaving Systems

# LPG Data
## Definitions and Technical Data for LPG, Natural Gas and LPG/Air Mixtures

The following definitions, conversion factors, tables, and other information for and about propane, butane and propane/butane mixtures are compiled from commonly available sources and are reproduced for convenience only. While we exercised great caution during the compilation, we can not guarantee accuracy and urge everybody to verify the correctness of the data before using them.

## Page Index

### Definitions

- Flame Velocity / Color
- Specific Gravity

- Calorific Value
- Wobbe Index

### Miscellaneous Tables

- Theoretical Compatible Mixtures
- Properties of Natural Gas, Propane, Butane
- Approximate Vapor Pressures of Propane/Butane Mixtures
- Temperature Conversion Table °F / °C
- BTU content of common fuels

- Energy Conversion Chart
- Butane Equivalents

- Propane Equivalents
- Specific Gravity and Heat Content by Volume of LP Gas-Air Mixtures
- Engineering Units Conversion Factors

Standby Plant Sizing Chart (/technology/standby-systems-sizing-chart/)

Cost Savings through Standby Plants (/technology/typical-savings-from-standby-systems/)

Download these tables as PDF File (/media/1106/propdatapdf.pdf)

### THEORETICAL COMPATIBLE PROPANE/AIR MIXTURES

The table below shows  Propane/Air mixtures, compatible with natural gas with several different specific gravities and calorific values.

All figures are approximate and are given for Propane with specific gravity of 1.53 and calorific value of 2516 BTU/cuft.

| Natural Gas | | Propane / Air Mixture | | | |
|---|---|---|---|---|---|
| SGU | BTU/cuft | % LPG | % Air | SGU | BTU/cuft |
| 0.56 | 800 | 47.54 | 52.46 | 1.252 | 1196 |
| | 850 | 50.87 | 49.13 | 1.270 | 1280 |
| | 900 | 54.24 | 45.76 | 1.287 | 1365 |
| | 950 | 57.65 | 42.35 | 1.306 | 1450 |
| | 1000 | 61.11 | 38.89 | 1.324 | 1538 |
| | 1050 | 64.62 | 35.38 | 1.342 | 1626 |
| | 1100 | 68.16 | 31.84 | 1.361 | 1715 |
| | 1150 | 71.76 | 28.24 | 1.380 | 1805 |
| | 1200 | 75.40 | 24.60 | 1.400 | 1897 |
| 0.58 | 800 | 46.62 | 53.38 | 1.247 | 1173 |
| | 850 | 49.88 | 50.12 | 1.264 | 1254 |
| | 900 | 53.18 | 46.82 | 1.282 | 1338 |
| | 950 | 56.52 | 43.48 | 1.300 | 1422 |
| | 1000 | 59.90 | 40.10 | 1.317 | 1507 |
| | 1050 | 63.33 | 36.67 | 1.336 | 1593 |
| | 1100 | 66.80 | 33.20 | 1.354 | 1681 |
| | 1150 | 70.32 | 29.68 | 1.373 | 1769 |
| | 1200 | 73.88 | 26.12 | 1.392 | 1859 |
| 0.60 | 800 | 45.76 | 54.24 | 1.243 | 1151 |
| | 850 | 48.95 | 51.05 | 1.259 | 1232 |
| | 900 | 52.18 | 47.82 | 1.276 | 1313 |
| | 950 | 55.45 | 44.55 | 1.294 | 1395 |
| | 1000 | 58.76 | 41.24 | 1.311 | 1478 |
| | 1050 | 62.12 | 37.88 | 1.329 | 1563 |
| | 1100 | 65.51 | 34.49 | 1.347 | 1648 |
| | 1150 | 68.95 | 31.05 | 1.365 | 1735 |
| | 1200 | 72.43 | 27.57 | 1.384 | 1822 |

| Properties of | | Natural Gas | Propane | Butane |
|---|---|---|---|---|
| Chemical formula | | $CH_4$ | $C_3H_8$ | $C_4H_{10}$ |
| Boiling point of liquid at atmospheric pressure | °F | -259 | -44 | 32 |
| | °C | -162 | -42 | 0 |
| Specific Gravity of vapor (Air = 1) | | 0.6 | 1.53 | 2.00 |
| Specific Gravity of liquid (Water = 1) | | 0.6 | 0.51 | 0.58 |
| Calorific value @ 60°F (15°C) | BTU/cuft | 1012 | 2516 | 3280 |
| | kcal/m³ | 9005 | 22,390 | 29,189 |
| | MJ/m³ | 37.71 | 93.74 | 122.21 |
| | BTU/gal | | 91,690 | 102,032 |
| | kcal/liter | | 6,103 | 6,792 |
| | MJ/liter | | 25.56 | 28.44 |
| | BTU/lb | | 21,591 | 21,221 |
| | kcal/kg | | 11,995 | 11,789 |
| | MJ/kg | | 50.22 | 49.36 |
| Latent heat of vaporization | BTU/gal | | 785 | 808 |
| | kcal/kg | | 102.9 | 105.9 |
| | MJ/kg | | 0.431 | 0.444 |
| | kW/kg | | 0.1196 | 0.1231 |
| Liquid weight | lbs/gal | | 4.24 | 4.81 |
| | kg/liter | | 0.508 | 0.576 |
| Vapor volume from 1 gallon of liquid at 60°F | cuft | | 36.39 | 31.26 |
| Vapor volume from 1 liter of liquid at 15°C | m³ | | 0.272 | 0.234 |
| Vapor volume from 1 lb. of liquid at 60°F | cuft | | 8.547 | 6.506 |
| Vapor volume from 1 kg of liquid at 15°C | m³ | | 0.534 | 0.406 |
| Combustible limits | % of gas in air | 5 - 15 | 2.4 - 9.6 | 1.9 - 8.6 |
| Amount of air required to burn 1 cuft. of gas | cuft | 9.53 | 23.86 | 31.02 |
| Amount of air required to burn 1 m³of gas | m³ | | | |
| Ignition temperature in air | °F | 1200 | 920 - 1020 | 900 - 1000 |
| | °C | 650 | 490 - 550 | 480 - 540 |
| Maximum flame temperature in air | °F | 3568 | 3595 | 3615 |
| | °C | 1964 | 1980 | 1991 |
| Octane Number | | 100 | Over 100 | 92 |
| All data is approximate. For actual properties of any particular batch, contact your fuel supplier. | | | | |

| Approximate Vapor Pressure in psig and bar | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | Propane ⟶ To ⟶ Butane upper row is pressure in psig bottom row is pressure in bar | | | | | | | | | |
| °F | °C | 100% | 95/5* | 80/20 | 70/30 | 60/40 | 50/50 | 40/60 | 30/70 | 20/80 | 100% |
| -40 | -40.0 | 1.5 0.10 | 1.4 0.10 | 1.2 0.08 | 1.1 0.08 | 0.9 0.06 | 0.8 0.06 | 0.6 0.06 | 0.5 0.03 | 0.3 0.02 | |
| -30 | -34.4 | 5.6 0.39 | 5.3 0.37 | 4.5 0.31 | 3.9 0.27 | 3.4 0.23 | 2.8 0.19 | 2.2 0.15 | 1.7 0.12 | 1.1 0.08 | |
| -20 | -28.9 | 10.7 0.74 | 10.2 0.70 | 8.6 0.59 | 7.5 0.52 | 6.4 0.44 | 5.4 0.37 | 4.3 0.30 | 3.2 0.22 | 2.1 0.14 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| -10 | -23.3 | 16.7 | 15.9 | 13.4 | 11.7 | 10.0 | 8.4 | 6.7 | 5.0 | 3.3 | |
| | | 1.15 | 1.10 | 0.92 | 0.81 | 0.69 | 0.58 | 0.46 | 0.34 | 0.23 | |
| 0 | -17.8 | 23.5 | 22.3 | 18.8 | 16.5 | 14.1 | 11.8 | 9.4 | 7.1 | 4.7 | |
| | | 1.62 | 1.54 | 1.30 | 1.14 | 0.97 | 0.81 | 0.65 | 0.49 | 0.23 | |
| 10 | -12.2 | 31.3 | 29.7 | 25.0 | 21.9 | 18.8 | 15.7 | 12.5 | 9.4 | 6.3 | |
| | | 2.16 | 2.05 | 1.72 | 1.51 | 1.30 | 1.08 | 0.86 | 0.65 | 0.43 | |
| 20 | -6.7 | 40.8 | 38.8 | 32.6 | 28.6 | 24.5 | 20.4 | 16.3 | 12.2 | 8.2 | |
| | | 2.81 | 2.68 | 2.25 | 1.97 | 1.69 | 1.41 | 1.12 | 0.84 | 0.57 | |
| 30 | -1.1 | 51.6 | 49.0 | 41.3 | 36.1 | 31.0 | 25.8 | 20.6 | 15.5 | 10.3 | |
| | | 3.56 | 3.38 | 2.85 | 2.49 | 2.14 | 1.78 | 1.42 | 1.07 | 0.71 | |
| 40 | 4.4 | 63.3 | 60.3 | 51.2 | 45.2 | 39.2 | 33.2 | 27.1 | 21.1 | 15.1 | 3.0 |
| | | 4.36 | 4.16 | 3.53 | 3.12 | 2.70 | 2.29 | 1.87 | 1.45 | 1.04 | 0.21 |
| 50 | 10.0 | 77.1 | 73.6 | 63.1 | 56.0 | 49.0 | 42.0 | 35.0 | 28.0 | 20.9 | 6.9 |
| | | 5.32 | 5.07 | 4.35 | 3.56 | 3.38 | 2.90 | 2.41 | 1.92 | 1.44 | 0.48 |
| 60 | 15.6 | 92.4 | 88.4 | 76.2 | 68.2 | 60.1 | 52.0 | 43.9 | 35.8 | 27.8 | 11.6 |
| | | 6.37 | 6.09 | 5.25 | 4.70 | 4.14 | 3.59 | 3.03 | 2.47 | 1.92 | 0.80 |
| 70 | 21.1 | 109 | 105 | 90.8 | 81.6 | 72.3 | 63.1 | 53.9 | 44.6 | 35.4 | 16.9 |
| | | 7.52 | 7.24 | 6.26 | 5.63 | 4.98 | 4.35 | 3.72 | 3.08 | 2.44 | 1.17 |
| 80 | 26.7 | 128 | 123 | 107 | 96.5 | 86.0 | 75.5 | 65.0 | 45.5 | 43.9 | 22.9 |
| | | 8.83 | 8.48 | 7.38 | 6.65 | 5.93 | 5.21 | 4.48 | 3.14 | 3.03 | 1.58 |
| 90 | 32.2 | 149 | 143 | 125 | 113 | 101 | 89.4 | 77.5 | 65.6 | 53.6 | 29.8 |
| | | 10.3 | 9.86 | 8.62 | 7.79 | 6.96 | 6.16 | 5.34 | 4.52 | 3.70 | 2.05 |
| 100 | 37.8 | 172 | 165 | 145 | 132 | 118 | 105 | 91.3 | 77.9 | 64.4 | 37.5 |
| | | 11.9 | 11.4 | 10.0 | 9.10 | 8.14 | 7.24 | 6.29 | 5.37 | 4.44 | 2.59 |
| 110 | 43.3 | 197 | 189 | 167 | 152 | 137 | 122 | 106 | 91.4 | 76.3 | 46.1 |
| | | 13.6 | 13.0 | 11.5 | 10.5 | 9.45 | 8.41 | 7.31 | 6.30 | 5.26 | 3.18 |

*HD5, Commercial Grade Propane

**Temperature Conversion Table**

| °F | °C | °C | °F |
|----|----|----|-----|
| -50 | -45.6 | -50 | -58 |
| -40 | -40.0 | -40 | -40 |
| -30 | -34.1 | -30 | -22 |
| -20 | -28.9 | -20 | -4 |
| -10 | -23.3 | -10 | 14 |
| 0 | -17.8 | 0 | 32 |
| +10 | -12.2 | +10 | 50 |
| 20 | -6.7 | 20 | 68 |
| 30 | -1.1 | 30 | 86 |
| 32 | 0 | 35 | 95 |
| 40 | +4.4 | 40 | 104 |
| 50 | 10.0 | 50 | 122 |
| 60 | 15.6 | 60 | 140 |
| 70 | 21.1 | 70 | 158 |
| 80 | 26.7 | 80 | 176 |
| 90 | 32.2 | 90 | 194 |
| 100 | 37.8 | 100 | 212 |
| 110 | 43.3 | 110 | 230 |
| 120 | 48.9 | 120 | 248 |
| 130 | 54.4 | 130 | 266 |
| 140 | 60.0 | 140 | 284 |
| 150 | 65.6 | 150 | 302 |
| 160 | 71.1 | 160 | 320 |
| 170 | 76.7 | 170 | 338 |
| 180 | 82.2 | 180 | 356 |
| 190 | 87.8 | 190 | 374 |
| 200 | 93.3 | 200 | 392 |
| 212 | 100 | 210 | 410 |

Formula:

Degrees C = (°F-32) x 5/9
Degrees F = 1.8 x °C + 32

| BTU content of common fuels | | |
|---|---|---|
| | Per Pound | Per Gallon |
| Propane | 21,591 | 91,690 |
| Butane | 21,221 | 102,032 |
| Gasoline | 20,930 | 110,250 |
| Fuel Oil #1 | 16,960 | 135,425 |
| Diesel | 18,500 | 142,800 |
| Butane Equivalents | | | | | | |
| Unit | BTU | Pound | Therm | Dekatherm | Cuft. | Gallon |
| 1 Pound = | 21,221 | 1 | 0.212 | 0.0212 | 6.50 | 0.208 |
| 1 Therm = | 100,000 | 4.714 | 1 | 0.1 | 30.64 | 0.98 |
| 1 Dekatherm = | 1,000,000 | 47.14 | 10 | 1 | 306.4 | 9.8 |
| 1 Cuft. = | 3,280 | 0.1537 | 0.032 | 0.0032 | 1 | 0.03199 |
| 1 Gallon = | 102,032 | 4.81 | 1.02 | 0.1020 | 31.26 | 1 |

| General Information | |
|---|---|
| 1 Lb. Steam | 970 BTU |
| 1 Boiler HP (per hr) | 33,475 BTU |
| 1 Kilowatt Hour | 3,412 BTU |
| 1 Gallon, Water | 8.337 lbs |
| 1 Cubic Foot, Water | 7.481 gallons |
| 1 Cubic Foot | 1,728 cubic inches |
| 1 Gallon | 231 cubic inches |
| Propane Equivalents | | | | | | |
| Unit | BTU | Pound | Therm | Dekatherm | Cuft. | Gallon |
| 1 Pound = | 21,591 | 1 | 0.216 | 0.0216 | 8.58 | 0.239 |
| 1 Therm = | 100,000 | 4.622 | 1 | 0.1 | 39.7 | 1.10 |
| 1 Dekatherm = | 1,000,000 | 46.22 | 10 | 1 | 397 | 11.0 |
| 1 Cuft. = | 2,516 | 0.1164 | 0.025 | 0.0025 | 1 | 0.027 |
| 1 Gallon = | 91,690 | 4.24 | 0.917 | 0.0917 | 36.39 | 1 |

**Specific Gravity and Heat Content by Volume of LP Gas-Air Mixtures**

| Propane - Air Mixtures | | | |
|---|---|---|---|
| % Propane | % Air | Specific Gravity | Gross BTU/cuft |
| 100 | 0 | 1.530 | 2516 |
| 95 | 5 | 1.504 | 2390 |
| 90 | 10 | 1.477 | 2264 |
| 85 | 15 | 1.451 | 2139 |
| 80 | 20 | 1.424 | 2013 |
| 75 | 25 | 1.398 | 1887 |
| 70 | 30 | 1.371 | 1761 |
| 65 | 35 | 1.345 | 1635 |
| 60 | 40 | 1.318 | 1510 |
| 59 | 41 | 1.313 | 1484 |
| 58 | 42 | 1.307 | 1459 |
| 57 | 43 | 1.302 | 1434 |
| 56 | 44 | 1.297 | 1409 |
| 55 | 45 | 1.292 | 1384 |
| 54 | 46 | 1.286 | 1359 |
| 53 | 47 | 1.281 | 1333 |
| 52 | 48 | 1.276 | 1308 |
| 51 | 49 | 1.270 | 1283 |
| 50 | 50 | 1.265 | 1258 |
| 49 | 51 | 1.260 | 1233 |
| 48 | 52 | 1.254 | 1208 |
| 47 | 53 | 1.249 | 1183 |
| 46 | 54 | 1.244 | 1157 |
| 45 | 55 | 1.239 | 1132 |
| 40 | 60 | 1.212 | 1006 |
| 35 | 65 | 1.186 | 881 |
| 30 | 70 | 1.159 | 755 |
| 25 | 75 | 1.133 | 629 |
| 20 | 80 | 1.106 | 503 |
| 15 | 85 | 1.080 | 377 |
| 10 | 90 | 1.053 | 252 |
| 5 | 95 | 1.027 | 126 |
| 0 | 100 | 1.000 | 0 |

All data is based on the following assumptions:

| Butane - Air Mixtures | | | |
|---|---|---|---|
| % Butane | %Air | Specific Gravity | Gross BTU/cuft |
| 100 | 0 | 2.000 | 3280 |
| 95 | 5 | 1.950 | 3116 |
| 90 | 10 | 1.900 | 2952 |
| 85 | 15 | 1.850 | 2788 |
| 80 | 20 | 1.800 | 2624 |
| 75 | 25 | 1.750 | 2460 |
| 70 | 30 | 1.700 | 2296 |
| 65 | 35 | 1.650 | 2132 |
| 60 | 40 | 1.600 | 1968 |
| 59 | 41 | 1.590 | 1935 |
| 58 | 42 | 1.580 | 1902 |
| 57 | 43 | 1.570 | 1870 |
| 56 | 44 | 1.560 | 1837 |
| 55 | 45 | 1.550 | 1804 |
| 54 | 46 | 1.540 | 1770 |
| 53 | 47 | 1.530 | 1738 |
| 52 | 48 | 1.520 | 1706 |
| 51 | 49 | 1.510 | 1672 |
| 50 | 50 | 1.500 | 1640 |
| 49 | 51 | 1.490 | 1607 |
| 48 | 52 | 1.480 | 1574 |
| 47 | 53 | 1.470 | 1542 |
| 46 | 54 | 1.460 | 1509 |
| 45 | 55 | 1.450 | 1476 |
| 40 | 60 | 1.400 | 1312 |
| 35 | 65 | 1.350 | 1148 |
| 30 | 70 | 1.300 | 984 |
| 25 | 75 | 1.250 | 820 |
| 20 | 80 | 1.200 | 656 |
| 15 | 85 | 1.150 | 492 |
| 10 | 90 | 1.100 | 328 |
| 5 | 95 | 1.050 | 164 |
| 0 | 100 | 1.000 | 0 |

Propane    SGU = 1.53
Vapor      2516 BTU/cuft

| Propane (30%) Butane (70%) | | | |
|---|---|---|---|
| % LPG | % Air | Specific Gravity | Gross BTU/cuft |
| 100 | 0 | 1.859 | 3051 |
| 95 | 5 | 1.816 | 2898 |
| 90 | 10 | 1.773 | 2746 |
| 85 | 15 | 1.730 | 2593 |
| 80 | 20 | 1.687 | 2441 |
| 75 | 25 | 1.644 | 2288 |
| 70 | 30 | 1.601 | 2136 |
| 65 | 35 | 1.559 | 1983 |
| 60 | 40 | 1.515 | 1831 |
| 59 | 41 | 1.507 | 1800 |
| 58 | 42 | 1.498 | 1769 |
| 57 | 43 | 1.490 | 1739 |
| 56 | 44 | 1.481 | 1709 |
| 55 | 45 | 1.473 | 1678 |
| 54 | 46 | 1.464 | 1647 |
| 53 | 47 | 1.455 | 1617 |
| 52 | 48 | 1.447 | 1587 |
| 51 | 49 | 1.438 | 1555 |
| 50 | 50 | 1.430 | 1525 |
| 49 | 51 | 1.421 | 1495 |
| 48 | 52 | 1.412 | 1464 |
| 47 | 53 | 1.404 | 1434 |
| 46 | 54 | 1.395 | 1404 |
| 45 | 55 | 1.387 | 1373 |
| 40 | 60 | 1.344 | 1220 |
| 35 | 65 | 1.301 | 1068 |
| 30 | 70 | 1.258 | 915 |
| 25 | 75 | 1.215 | 763 |
| 20 | 80 | 1.172 | 610 |
| 15 | 85 | 1.129 | 458 |
| 10 | 90 | 1.086 | 305 |
| 5 | 95 | 1.043 | 153 |
| 0 | 100 | 1.000 | 0 |

Butane    SGU = 2.00
Vapor      3280 BTU/cuft

**Engineering Units Conversion Factors**

Altenergy Energy Systems, Inc. | Unit and Data Definitions and Conversion Data for LP, Natural Gas and Air, or Mixtures

| Multiply | | By | To Obtain |
|---|---|---|---|
| **Pressure** | | | |
| Atmospheres | atm | 1.0332 | Kilogram per cm² [kg/cm²] |
| | atm | 14.70 | Pounds per squ. inch [psi] |
| | atm | 404.189 | Inches of Water [inWC] |
| Inches of Mercury | inHg | 0.4912 | Pounds per squ. inch [psi] |
| | inHg | 1.134 | Feet of Water [ftWC] |
| Inches of Water | inWC | 0.0361 | Pounds per squ. inch [psi] |
| | inWC | 0.0735 | Inches of Mercury [inHg] |
| | inWC | 0.5776 | Ounces per square inch |
| Kilopascals | kPa | 0.01 | bar |
| kg per cm² | kg/cm² | 14.22 | Pounds per squ. inch [psi] |
| Pounds per square inch | psi | 0.06805 | Atmospheres [atm] |
| | psi | 0.07031 | Kilogram per cm² [kg/cm²] |
| | psi | 6.8948 | kPa |
| | psi | 0.06895 | bar |
| | psi | 2.036 | Inches of Mercury [inHg] |
| | psi | 27.68 | Inches of Water [inWC] |
| **Length** | | | |
| Centimeters | cm | 0.3937 | Inches [in] |
| Feet | ft | 0.3048 | Meters [m] |
| Feet | ft | 30.48 | Centimeters [cm] |
| Feet | ft | 304.8 | Millimeters [mm] |
| Inches | in | 2.54 | Centimeters [cm] |
| Inches | in | 25.4 | Millimeters [mm] |
| Kilometers | km | 0.6214 | Miles [mi] |
| Meters | m | 1.094 | Yards [yd] |
| Meters | m | 3.281 | Feet [ft] |
| Meters | m | 39.37 | Inches [in] |
| Miles, nautical | NM | 1853.0 | Meters [m] |
| Miles, statute | SM | 1609.0 | Meters [m] |
| Miles, statute | SM | 5280 | Feet [ft] |
| Miles, statute | SM | 63360 | Inches [in] |

| Multiply | | By | To Obtain |
|---|---|---|---|
| **Length (continued)** | | | |
| Yards | yd | 0.9144 | Meters |
| Yards | yd | 91.44 | Centimeters |
| **Volume** | | | |
| Cubic centimeter | cm³ | 0.061023 | Cubic inches [in³] |
| Cubic feet | cuft | 7.48 | Gallons (US) [gal] |
| Cubic feet | cuft | 28.316 | Liters [l] |
| Cubic feet | cuft | 1728 | Cubic inches [in³] |
| Cubic feet | cuft | 0.037037 | Cubic yards [yd³] |
| Cubic feet | cuft | 0.028316 | Cubic meters [m³] |
| Gallons (UK) | gal | 1.20095 | Gallons (US) [gal] |
| Gallons (US) | gal | 0.13368 | Cubic feet [ft³] |
| Gallons (US) | gal | 0.83267 | Gallons (Imperial) |
| Gallons (US) | gal | 3.785 | Liters [l] |
| Gallons (US) | gal | 231 | Cubic inches [in³] |
| Liters | l | 0.03531 | Cubic feet [ft³] |
| Liters | l | 0.2642 | Gallons (US) |
| Liters | l | 1.057 | Quarts (US) |
| Liters | l | 2.113 | Pints (US) |
| Pints (US) | pnt | 0.4732 | Liters |
| **Miscellaneous** | | | |
| BTU | BTU | 252.0 | Calories [cal] |
| Calories | kcal | 3.968 | BTU |
| Kilogram | kg | 2.205 | Pounds [lbs] |
| Kilowatt Hour | kWh | 3412 | BTU |
| Ounces | oz | 28.35 | Grams [g] |
| Pounds | lb | 0.4536 | Kilograms [kg] |
| Pounds | lb | 453.5924 | Grams (metric) [g] |
| Pounds | lb | 21600 | Propane BTU |

---

**Definitions**

7/18/25, 11:30 AM    Alternative Energy Systems: LP LPG Data Definition and Technical Data for Natural Gas and LPG Air Mixtures

Case 2:25-cv-00743-JRG    Document 1-28    Filed 07/24/25    Page 10 of 13 PageID #:
416

Several characteristics affect Liquified Petroleum Gas (LPG) as a   replacement fuel. These include:

1. Flame Velocity and Color

2. Specific Gravity

3. Calorific Value

4. BTU Measurement (Wobbe Index)

## 1. Flame Velocity and Color

Because of the different number of carbon atoms in propane,      propane-air mixtures produce a flame that is more yellow in color than that of natural gas. However,      the yellow tips are not of any consequence and do not affect burner operation or efficiency.  Flame velocities of LPG are near equal to that of natural gas. Therefore, there is no significant flame      lift difference between natural gas and propane-air mixtures.

## 2. Specific Gravity

The density of gas, relative to air, is called      specific gravity. The specific gravity of air is defined as 1. Since propane gas has a specific gravity of 1.5, propane-air mixtures have a specific gravity of greater than 1. The chart on the right indicates  heat value in BTU per cubic foot, kcal per cubic meter, and the specific gravities of various propane-air mixtures.

| Propane - Air Mixtures | | | | | |
|---|---|---|---|---|---|
| BTU/cuft Kcal/Nm$^3$ | % Propane by Volume | % Air by Volume | % Oxygen by Volume | Specific Gravity of Mixture | Wobbe Index US Units SI Units |
| 1700 15,130 | 66.67 | 33.33 | 6.694 | 1.349 | 1464 13,027 |
| 1650 14,685 | 64.70 | 35.30 | 7.378 | 1.338 | 1426 12,695 |
| 1600 14,220 | 62.74 | 37.26 | 7.787 | 1.328 | 1388 12,340 |
| 1550 13,795 | 60.78 | 39.22 | 8.197 | 1.318 | 1350 12,016 |
| 1500 13,350 | 58.82 | 41.18 | 8.606 | 1.308 | 1312 11,673 |
| 1450 12,950 | 56.86 | 43.14 | 9.016 | 1.297 | 1275 11,384 |
| 1400 12,450 | 54.90 | 45.10 | 9.246 | 1.287 | 1234 10,974 |
| 1350 12,015 | 52.94 | 47.06 | 9.835 | 1.277 | 1195 10,632 |
| 1300 11,580 | 50.98 | 49.02 | 10.245 | 1.267 | 1155 10,288 |

7/18/25, 11:30 AM · Alter-Nate Energy Systems, Inc. – PG Data & Definition Heat and Technical Data for Natural Gas and LP/Air Mixtures

Case 2:25-cv-00743-BRG · Document 1-28 · Filed 07/24/25 · Page 11 of 13 · Page ID #: 417

| 1250 | 49.02 | 50.98 | 10.654 | 1.257 | 994 |
| 11,135 | | | | | 9,932 |

| LP - Air Mixtures (LP with 30% Propane / 70% Butane) | | | | | |
|---|---|---|---|---|---|
| BTU/cuft Kcal/Nm$^3$ | % LP Vapor by Volume | % Air by Volume | % Oxygen by Volume | Specific Gravity of Mixture | US Units SI Units |
| 1800 16018 | 59.00 | 41.00 | 8.588 | 1.507 | 1466 13049 |
| 1750 15574 | 57.36 | 42.64 | 8.931 | 1.493 | 1432 12747 |
| 1700 15129 | 55.72 | 44.28 | 9.275 | 1.479 | 1398 12441 |
| 1650 14684 | 54.08 | 45.92 | 9.618 | 1.465 | 1363 12133 |
| 1600 14239 | 52.45 | 47.55 | 9.962 | 1.451 | 1328 11822 |
| 1550 13794 | 50.81 | 49.19 | 10.305 | 1.436 | 1293 11509 |
| 1500 13349 | 49.17 | 50.83 | 10.648 | 1.422 | 1258 11193 |
| 1450 12904 | 47.53 | 52.47 | 10.992 | 1.408 | 1222 10874 |
| 1400 12459 | 45.88 | 54.12 | 11.335 | 1.394 | 1186 10552 |
| 1350 12014 | 44.25 | 55.75 | 11.678 | 1.380 | 1149 10226 |

Different heat values result primarily from differences in specific gravity. The higher the specific gravity, the heavier the gas. Since burner orifices, flow meters, regulators, etc. have fixed openings, they allow less flow of heavier gas and therefore must have a higher heat value to provide the same energy input as a lighter gas.

Most natural gas has an average heat value of approximately 1050 BTU/cuft (9350 kcal/m³) and a specific gravity of 0.6 (nominal). Compatible propane-air replacement should have a heat value of approximately 1450 BTU/cuft (12,467 kcal/m³) and a specific gravity of 1.297.

## 3. CALORIFIC VALUE

The calorific value is the measurement of the amount of heat or energy produced, and is measured eitheras gross calorific value or net calorific value. The difference being the latent heat of condensation of        the water vapor produced during the combustion process. Gross calorific value assumes all water produced during the combustion process is fully condensed. Net calorific value assumes the water leaves with the combustion products without being fully condensed.

Since most gas-burning appliances cannot utilize the heat content of the water vapor, gross calorific value is of little interest. Fuel should be compared based on the net calorific value. This is especially true for natural gas, since increased hydrogen content results in high water formation during combustion.

## 4. WOBBE INDEX

The Wobbe Index, a critical factor when analyzing Propane-Air plant requirements, is a function of gas quality and allows matching one gas (in this case, natural gas) to a replacement gas (in this case, Propane-Air). If the two different gases have an identical Wobbe Index, they will produce an equal amount of heat and combustion products and will require the same amount of combustion air. Burners, adjusted for a specific calorific value and fitted with a replacement orifice to match a lower Wobbe Index, result in minor combustion changes. Substituting a gas for one with a higher Wobbe Index, generally allows a narrow acceptance range. Flame characteristics determine the acceptance range for the replacement gas.

The Wobbe index is defined as:

$$Wobbe\ Index = \frac{Gross\ Heat\ Value}{\sqrt{Specific\ Gravity}}$$

and is used to compare the energy input into an appliance with different composition fuel gases. If two fuels have identical Wobbe indices, then for a given burner pressure, the energy input will also be identical.

# Products

(/products/)

Vaporizers (/products/vaporizers/)

Mixers/Blenders (/products/mixersblenders/)

Vaporizer/Blender Packaged Systems (/products/vaporizerblender-packaged-systems/)

Accessories (/products/general/accessories/)

Product Approvals (/products/general/product-approvals/)

Other Blending Applications (/products/other-blending-applications/)

7/18/25, 11:32 AM    Alternate Energy Systems, Inc. - LPG Data Definition and Technical Data for Propane Natural Gas and LP/Air Mixtures

Case 2:25-cv-00743-JRG   Document 1-28   Filed 07/24/25   Page 13 of 13 PageID #:
419

Gravitometer GraviBlend™-3 (/products/general/gravitometer-graviblend-3/)

# Sales

Price Lists (/price-lists/)

Downloads (/downloads/)

# Technology
(/technology/)

Properties of LP, LP/Air & Natural Gas (/technology/properties-of-lp-lpair-natural-gas/)

Standby Systems Sizing Worksheets (/technology/standby-systems-sizing-worksheets/)

# Company
(/company/)

Company Profile (/company/company-profile/)

Contact and Information (/contact/contact-and-information/)

Gallery (/gallery/gallery/)

© Copyright 2006 ..... 2020 by Alternate Energy Systems, Inc. - All Rights reserved.