# Exhibit 29

https://x.com/SGBarbour/status/1862619572529946696

