# Exhibit 30


 $0.00



BITCOIN MINING CONTAINER

# Hash Hut™

All-climate, high performing industrial loadcenters in 90-900 kW modules!







## OPTIONAL UPGRADES



7/18/25, 11:40 AM
Case 2:25-cv-00743-JRG   Document 1-30   Filed 07/24/25   Page 3 of 5 PageID #: 424
Hash Hut - upstreamdata.com



## Check out our detailed Hash Hut™ module walkthrough



Get a QUOTE on a performance Loadcenter!

## SPECS - Air Cooled Hash Hut™

|  | Hash Hut 90 | Hash Hut 180 | Hash Hut 360 | Hash Hut 720 | Hash Hut 900 | Hash Hut 1260 |
|---|---|---|---|---|---|---|
| Rated Power (kW) | 90 | 180 | 360 | 720 | 900 | 1260 |
| Electrical Input | 3-phase, 416Y240V, 60 Hz ||||||
| Main Breaker Rating (A) | 200 | 300 | 600 | 600 (x2) | 800 (x2) | 800 (x3) |
| Main Switchgear Included? | YES ||||||
| AC Module Quantity | 1 | 2 | 4 | 8 | 10 | 14 |
| Total Rated CFM | 19500 | 39000 | 78000 | 156000 | 195000 | 273000 |
| VFD (HP) | 10 | 10 | 10 | 10 (x2) | 10 (x2) | 10 (x3) |
| Server Slots | 24 | 48 | 96 | 192 | 240 | 336 |

### HASH HUTS

## Hundreds of unique deployments world wide

Whether you are mining bitcoin on-grid or off-grid, we have customers in every climate and industrial application all over North America!










## Get a Quote

We optimize power generation in both the utility power industry and the oil and gas sector.

Contact Us

Copyright © 2025 Upstream Data, Inc.

