# Exhibit 31


 0 $0.00







## LoadSync™ Controller

Add our patented LoadSync™ Controller to your loadcenter for automatically managed load response.

Learn More



# LoadSync™ Controller

Add our patented LoadSync™ Controller to your loadcenter for automatically managed load response.



Learn More

# LoadSync™ Controller

Add our patented LoadSync™ Controller to your loadcenter for automatically managed load response.



## Smart PDU

Smart power distribution with remote / automated circuit control and metering! 480V service available.



## Smart PDU

Smart power distribution with remote / automated circuit control and metering! 480V service available.





## Smart PDU

Smart power distribution with remote / automated circuit control and metering! 480V service available.





## Standard Features







### Universal Smart PDU

Smart PDUs come standard in all of our loadcenter products. PDUs are universally compatible for both 415Y240 and 480Y277 VAC input, for both single and three-phase PSUs'

7/18/25, 11:43 AM
Case 2:25-cv-00743-JRG    Document 1-31    Filed 07/24/25    Page 8 of 11 PageID #: 434
Hash Generator - upstreamdata.com

## OPTIONAL UPGRADES



### 480V Service

Connect directly to 480V without costly step-down transformers (custom ASIC PSUs may be required)



### Customization

We manufacture steel buildings custom to our customer's needs. We can build your loadcenter in the color to match your brand.

# Standard Features



## LoadSync™ Controller

Our patented LoadSync™ Controller automatically manages load response integrated into your loadcenter.

Learn More



## Universal Smart PDU

Smart PDUs come standard in all of our load products. PDUs are universally compatible 415Y240 and 480Y277 VAC input, for both si and three-phase PSUs'

# Check out our detailed Hash Generator™ 90 kW walkthrough



Get a QUOTE on a Hash Generator!

# SPECS - Air Cooled Hash Generator™

|  | Hash Generator 50 kW AC | Hash Generator 80 kW AC | Hash Generator 160 kW AC | Hash Generator 325 kW AC |
|---|---|---|---|---|
| Building Dimension (WxLxH) | 5x14x9.5 | 6x16x9.5 | 10x18x9.5 | 10x28x10.5 |
| Prime Power Rating (kW) | 65 | 113 | 229 | 392 |
| Continuous Power Rating (kW) | 48 | 80 | 160 | 325 |

7/18/25, 11:43 AM
Hash Generator™ | upstreamdata.com
Case 2:25-cv-00743-JRG    Document 1-31    Filed 07/24/25    Page 10 of 11 PageID #: 436

| EPA certified engine | No | | Yes | |
|---|---|---|---|---|
| Fuel Type | Natural Gas / Propane | | | |
| Estimated fuel consumption (MCF/d) | 12 | 24 | 50 | 91 |
| Electrical Input | 3-phase, 416Y240VAC (default) / 480Y277VAC, 60 Hz | | | |
| Switchgear Rating (A) | 150 | 250 | 400 | 800 |
| AC Rack Quantity | 1 | 1 | 2 | 4 |
| Miner Slots | 12 | 24 | 48 | 96 |
| Miner Compatibility | M30, M50, M60, S19, S21, S21+, S21 Pro, S21 XP | | | |
| Total Rated CFM | 8,000 | 20,500 | 41,000 | 82,000 |
| VFD (HP) | N/A (single speed) | 10 | 10 | 25 |
| | | Download Specs | Download Specs | Download Specs |

HASH GENERATORS

# Hundreds of Hash Generators all over North America

In 2017 we introduced the world to conserving vented and flared natural gas via bitcoin mining and have constantly improved our modular Hash Generator™ product line ever since.

## Get a Quote

We optimize power generation in both the utility power industry and the oil and gas sector.

Contact Us

Copyright © 2025 Upstream Data, Inc.