# Exhibit 32

7/18/25, 11:52 AM	Case 2:25-cv-00743-JRG     Document 1-32   Filed 07/24/25   Page 2 of 11 PageID #:
LoadSync™ Controller - upstreamdata.com
439




0
$0.00

**Bitcoin Mining**





*"Our patented LoadSync™ controller can be seamlessly integrated into any Hash Hut™ or Hash Generator™ loadcenter. This controller adjusts the hashrate (loading) on the energy system to maintain a perfect balance*



7/18/25, 11:52 AM
LoadSync™ Controller - upstreamdata.com
Case 2:25-cv-00743-JRG    Document 1-32    Filed 07/24/25    Page 3 of 11 PageID #: 440

energy supply and demand based on user requirements. *LoadSync™ offers full remote management of the loadcenter while also automating loading to balance the power system. For example, it can be used to align variable natural gas fuel supply with generator loading in order to conserve vented or flared gas, or it can be employed to regulate energy consumption in accordance with fluctuating power prices from utility providers. The LoadSync™ controller is adaptable to all scenarios requiring load matching to variable energy supply! Additionally it functions as a mining server management tool, facilitating user set up, monitoring and optimization of their mining farm from anywhere in the world."*

*- Steve Barbour, President*

# LoadSync™
## Control Features





**MODULATE HASHRATE CLOCKING FOR VARIOUS INPUTS**



**AUTOMATICALLY MANAGE AND OPTIMIZE MINING SERVERS**



**CONTROL PDU CIRCUITS REMOTELY OR AUTOMATICALLY**

7/18/25, 11:52 AM
Case 2:25-cv-00743-JRG     Document 1-32     Filed 07/24/25     Page 4 of 11 PageID #: 441
LoadSync™ Controller - upstreamdata.com



CONNECT AUXILLIARY SENSORS TO TRIGGER EVENTS



CONTROL HVAC / COOLING REMOTELY OR AUTOMATICALLY



SYNCHRONIZE LOADS WITH GENERATORS OR UTILITY POWER SUPPLIES

# FANS

Automate and control the fans in your loadcenter with ease, using LoadSync's smart fan control system. Using LoadSync, you can remotely control fan speeds, manually start or stop the fans, and automate fan speeds based on your optimal temperatue.



WATCH THE DEMO

# PDU

Control the power usage of your loadcenter manually or automatically. Using LoadSync, you can manually control each PDU and each port in the loadcenter. You can also automate shutdowns and startup based on market conditions of engine status, simplifying your control strategy.

WATCH THE DEMO



# PDU

Control the power usage of your loadcenter manually or automatically. Using LoadSync, you can manually control each PDU and each port in the loadcenter. You can also automate shutdowns and startup based on market conditions of engine status, simplifying your control strategy.

WATCH THE DEMO

# MINERS

View the status of your miners in one place. With hashrate, power consumption, board status, and




7/18/25, 11:52 AM
LoadSync™ Controller - upstreamdata.com
Case 2:25-cv-00743-JRG   Document 1-32   Filed 07/24/25   Page 6 of 11 PageID #: 443

more, you can monitor and track your deployment status in a simple way.

## ENGINE

Track engine status, maintain optimal loading, and monitor failures pre-emptively. LoadSync tracks engine RPM, temperature, oil pressure, battery voltage, and more, allowing you to catch issues before they happen. You can also automate shutdown of miners based on how the engine reacts to load.



## ENGINE

Track engine status, maintain optimal loading, and monitor failures pre-emptively. LoadSync tracks engine RPM, temperature, oil pressure, battery voltage, and more, allowing you to catch issues before they happen. You can also automate shutdown of miners based on how the engine reacts to load.

## HISTORICAL DATA

Monitor historical trends on your engine, PDUs, and HVAC system. LoadSync tracks treds up to a month prior, alowing you to see where the possible failure points are in your application. With long term data and granular short term data, you'll always be aware of the latest status and trends.



## MARKETSYNC

Automate power usage of your loadcenter with MarketSync. Set your price, then let LoadSync do the rest, by shutting down your miners when you are above your target price, letting you focus on the other important aspects of your deployment.



# MARKETSYNC

Automate power usage of your loadcenter with MarketSync. Set your price, then let LoadSync do the rest, by shutting down your miners when you are above your target price, letting you focus on the other important aspects of your deployment.

# ALARMS

Our web app integrates an alarm system to monitor fans, engines, PDUs, and miners in real-time. Customizable thresholds detect anomalies like low RPM for engines. Detailed descriptions accompany each alarm, enabling swift action to maintain optimal performance and prevent downtime.



# LoadSync™ Remote Control

Efficiency meets comfort, making operators' lives easier. Control mining operations effortlessly, stay comfortable in any climate with our QR code feature for on-site operators and technicians.

7/18/25, 11:52 AM
LoadSync™ Controller - upstreamdata.com
Case 2:25-cv-00743-JRG    Document 1-32    Filed 07/24/25    Page 10 of 11 PageID #: 447

# Remote LoadSync™ Control

Efficiency meets comfort, making operators' lives easier. Control mining operations effortlessly, stay comfortable in any climate with our QR code feature. Simplify. Maximize.





## Get a Quote

We optimize power generation in both the utility power industry and the oil and gas sector.

Contact Us

Copyright © 2025 Upstream Data, Inc.