# Exhibit 33




0 $0.00

# Natural Gas Power Generation

## Natural Gas Power Generation

High-performance natural gas generator systems.

Custom-built to meet your site-specific needs Skid-mounted, enclosed, and weatherproof options.

Get Quote



Get Quote





# Remanufactured Generator Packages

We remanufacture generator packages and rebuild worn out engines to suit customer requirements. Generator packages are offered on bare skids for third party packagers and we also build custom weather- and sound-proof building packages to suit.

Learn More



## Modular Parallel Power

Our Modular Parallel Power systems are designed to synchronize multiple generator units into a unified, high-capacity power solution. Whether you're expanding operations or ensuring redundancy for critical uptime, this system architecture delivers.

7/18/25, 2:08 PM
Natural Gas Power Generation - upstreamdata.com
Case 2:25-cv-00743-JRG        Document 1-33    Filed 07/24/25    Page 6 of 6 PageID #: 454

## Get a Quote

We optimize power generation in both the utility power industry and the oil and gas sector.

Contact Us

Copyright © 2025 Upstream Data, Inc.