IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CRUSOE ENERGY SYSTEMS LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:25CV743 |
| | § | |
| UPSTREAM DATA INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE FOR PLAINTIFF

Plaintiff Crusoe Energy Systems LLC files this Notice of Appearance of Counsel and hereby notifies the Court that Shaun W. Hassett of the law firm Potter Minton, P.C., 102 N. College Ave., Suite 900, Tyler, Texas 75702 is appearing as counsel for Plaintiff. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: July 24, 2025                Respectfully submitted,

By: */s/ Shaun W. Hassett*
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Plaintiff**