IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CRUSOE ENERGY SYSTEMS LLC | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:25CV743 |
| UPSTREAM DATA INC., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § § § | |

**PLAINTIFF CRUSOE ENERGY SYSTEMS LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Crusoe Energy Systems LLC ("Crusoe"), by and through their undersigned counsel, state as follows:

Crusoe is a privately held limited liability company organized under the laws of the State of Delaware. Crusoe is wholly owned by its parent organization, Crusoe, Inc.

DATED: July 24, 2025                    Respectfully submitted,

By: /s/ Michael E. Jones
Naveen Modi (*pro hac vice pending*)
Michael Wolfe *(Pro hac vice pending)*
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, D.C. 20036
Telephone: 202-551-1700
Facsimile: 202-551-1705
naveenmodi@paulhastings.com
michaelwolfe@paulhastings.com

Michael E. Jones
State No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON**
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: 903.597.8311
Fax: 903.593.0846

*Attorneys for Plaintiff*
*Crusoe Energy Systems LLC*