Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
<u>  Marshall  </u> DIVISION
APPLICATION TO APPEAR PRO HAC VICE

APPROVED
By Nakisha Love at 8:13 am, Jul 22, 2025

1. This application is being made for the following: Case # <u>  2:25-cv-743  </u>

Style/Parties: <u>  Crusoe Energy Systems LLC v. Upstream Data LLC  </u>

2. Applicant is representing the following party/ies: <u>  Plaintiff  </u>

3. Applicant was admitted to practice in <u>  VA  </u> (state) on <u>  06/04/2002  </u> (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
<u>  US District Court, D.C.; US Court of Appeals, 4th Cir., Fed. Cir.; US Supreme Ct.  </u>

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, <u>  Naveen Modi  </u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>  07/18/2025  </u>   Signature <u>  /s/ Naveen Modi  </u> (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**APPLICATION TO APPEAR PRO HAC VICE** (Continued)

| | |
|---|---|
| Name (please print) | Naveen Modi |
| Bar Number /State | 47825 |
| Firm Name: | Paul Hastings LLP |
| Address/P.O. Box: | 2050 M Street, N.W. |
| City/State/Zip: | Washingotn, DC 20036 |
| Telephone #: | 202-551-1700 |
| Fax #: | 202-551-1705 |
| E-mail Address: | naveenmodi@paulhastings.com |
| Secondary E-Mail Address: | courtneyhsieh@paulhastings.com |

This application has been approved for the court on: **7/22/2025**

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By  *Nakisha Love*
Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

[Email Application]