AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Crusoe Energy Systems LLC

*Plaintiff(s)*

v.

Upstream Data Inc.

*Defendant(s)*

Civil Action No. 2:25-CV-743

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Upstream Data LLC
4702 40 Ave.
Lloydminster, Canada, S9V 2B6

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael E. Jones
POTTER MINTON
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597 8311
Fax: (903) 593 0846 (Facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **7/25/2025**

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-CV-743

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Upstream Data , LLC__

was received by me on *(date)* __July 25, 2025__ .

☒ I personally served the summons on the individual at *(place)* __Ken Dagger, VP of Upstream__
__at 5702 63rd Avenue, Lloydminster, Alberta__ on *(date)* __July 31, 2025__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __August 5, 2025__

Server's signature

Richard H. Polo
*Printed name and title*

1400, 10665 Jasper Av
Edmonton, AB Canada
*Server's address*

Additional information regarding attempted service, etc: