# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CRUSOE ENERGY SYSTEMS LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>UPSTREAM DATA LLC,<br><br>DEFENDANT. | Case No: 2:25-cv-743<br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF DELIVERY BY RICHARD H. POLO

BEFORE ME, the undersigned Notary Public, on this day personally appeared Richard H. Polo, who, being duly sworn on oath deposed and said:

1. My name is Richard H. Polo. I am over the age of 18 years and am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and each of them is true and correct.

2. I am personally disinterested in the cause described above, and I am not related by blood or marriage to any of the parties to this suit.

3. I am a private process server employed by Rapid Process Services, a member of NAPP'S - National Association of Professional Process Servers.

4. The documents to deliver in this cause came to hand on the morning July 25, 2025.

5. I personally delivered the Complaint with Exhibits 1-34 attached and the Summons to UPSTREAM DATA, INC. by leaving a true copy of the Complaint with Exhibits 1-34 attached and the Summons with Ken Dagger, VP of Upstream, who is over the age of eighteen, at 5702 63rd Avenue, Lloydminster, Alberta on the morning of Thursday, July 31, 2025."

"Further, affiant saith not."

_____
Richard H. Polo

SUBSCRIBED AND SWORN TO BEFORE ME on the ___5___ day of ~~July~~ August 2025, to certify which witness my hand and official seal.

SHELLEY INA POLO
A Notary Public
in and for the Province of Alberta
My Appointment Expires Dec. 31, 2026

_____
Notary Public