UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CRUSOE ENERGY SYSTEMS LLC,<br><br>Plaintiff<br><br>v.<br><br>UPSTREAM DATA INC.,<br><br>Defendant. | CASE NO. 2:25-cv-00743-JRG |

**JOINT MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT**

Plaintiff Crusoe Energy Systems LLC ("Crusoe") and Defendant Upstream Data Inc. ("Upstream") (collectively, "the Parties") hereby jointly move the Court for an Order extending the deadline for Defendant to file its Answer to Plaintiff's Complaint, currently set for October 6, 2025, so that the Parties may focus their resources on settling this and a co-pending litigation at a mediation scheduled for October 14, 2025. The Parties request that the deadline for Defendant to file its Answer be extended to October 27, 2025.

**Factual Background**

Crusoe filed its Complaint in this matter on July 24, 2025. Dkt. No. 1. Upstream is a Canadian corporation and was served with the Complaint in Canada on July 31, 2025. Dkt. No. 8. Upstream filed an Unopposed Application for Extension of Time to Answer the Complaint on August 20, 2025, seeking a 45-day extension, which this Court granted on August 21, 2025. Dkt. Nos. 9 and 10, respectively. There is another pending patent infringement lawsuit between the Parties in the District of Colorado, where Upstream has asserted one patent against Crusoe, which was filed on May 18, 2023 as Case No. 1:23-cv-01252. The Colorado case was stayed when Crusoe

filed a post-grant review petition challenging the validity of Upstream's asserted patent. Although the original PTAB panel determined Crusoe had shown independent claims 1 and 24 to be unpatentable, while determining the remainder of the challenged claims had not been shown to be unpatentable, the PTO Acting Director initiated a *sua sponte* review of the determination as to the independent claims. The PTAB then issued a Delegated Director Review of Final Written Decision on April 11, 2025, in which the new panel determined Crusoe had not proven unpatentability of the independent claims. Crusoe has appealed those decisions to the Federal Circuit. The Parties are working toward a global settlement to resolve each's respective claims against the other. An in-person mediation is scheduled for October 14, 2025 with mediator Hesha Abrams in New York City.

**Argument**

Good cause exists to extend the current deadline for Defendant to file its Answer because the Parties have made a serious commitment to mediate and will make a good faith attempt to settle this case at the infant stage before the Court and the Parties expend any significant resources. An additional three-week extension will allow the Parties to focus on the mediation and will provide sufficient time for Defendant to prepare and file its Answer if the mediation is unsuccessful and for the Plaintiff to subsequently prepare the Notice of Readiness for Scheduling Conference.

**Conclusion**

For good cause, the Parties respectfully request that the deadline for Defendant to file its Answer to Plaintiff's Complaint be extended from October 6, 2025 to October 27, 2025.

Respectfully submitted this 30th day of September, 2025.

/s/ *Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone/Fax: (903) 705-1117
ddacus@dacusfirm.com

*Attorneys for Defendant Upstream Data Inc.*


/s/ *Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
**POTTER MINTON**
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: 903.597.8311
Fax: 903.593.0846

*Attorneys for Plaintiff Crusoe Energy Systems LLC.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 30th day of September, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5. Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Deron R. Dacus
Deron R. Dacus

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that Plaintiff's counsel and Defendant's counsel have complied with the meet and confer requirement in Local Rule CV-7(h) and that the foregoing joint motion is unopposed.

/s/ Deron R. Dacus
Deron R. Dacus