**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CRUSOE ENERGY SYSTEMS LLC,<br><br>Plaintiff<br><br>v.<br><br>UPSTREAM DATA INC.,<br><br>Defendant. | CASE NO. 2:25-cv-00743-JRG |

**ORDER**

BEFORE THE COURT is the Parties' Joint Motion for Extension of Time for Defendant to Answer Plaintiff's Complaint;

FOR GOOD CAUSE SHOWN, the Court GRANTS the Parties' Joint Motion.

IT IS THEREFORE ORDERED that the Defendant shall file its Answer or otherwise respond to Plaintiff's Complaint on or before October 27, 2025.