IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CRUSOE ENERGY SYSTEMS LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00743-JRG |
| | § | |
| UPSTREAM DATA INC., | § | |
| *Defendant*. | § | |

### ORDER

Before the Court is the Joint Motion for Extension of Time for Defendant to Answer Plaintiff's Complaint (the "Motion") filed by Plaintiff Crusoe Energy Systems LLC ("Crusoe") and Upstream Data Inc. ("Upstream") (collectively, the "Parties"). (Dkt. No. 11). In the Motion, the Parties move the Court for leave to further extend the deadline for Upstream to file its answer to Crusoe's complaint from October 6, 2025 up to and including October 27, 2025 in light of a mediation scheduled for October 14, 2025. (*Id.* at 1).

Having considered the Motion, and noting it was jointly filed, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Upstream's deadline to file an answer to Plaintiff's complaint is **extended** up to and including **October 27, 2025**.

So ORDERED and SIGNED this 2nd day of October, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE