# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CRUSOE ENERGY SYSTEMS LLC,<br><br>Plaintiff<br><br>v.<br><br>UPSTREAM DATA INC.,<br><br>Defendant. | Case No.: 2:25-cv-00743-RJG |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Crusoe Energy Systems LLC ("Crusoe") hereby gives notice that the Parties have settled all their respective claims for relief asserted in this litigation. Defendant Upstream Data Inc. ("Upstream") has not yet answered the Complaint or moved for summary judgment.

Accordingly, Crusoe respectfully asks the Court to accept and acknowledge that all claims by Plaintiff against Defendant in the above-captioned case are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 27, 2025

Respectfully submitted:

/s/ *Michael E. Jones, with permission for Naveen Modi*
Naveen Modi (*Pro hac vice*)
Michael Wolfe (*Pro hac vice* forthcoming)
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Telephone: 202.551.1700
naveenmodi@paulhastings.com
michaelwolfe@paulhastings.com

1

Michael E. Jones
State No. 10929400
**POTTER MINTON**
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: 903.597.8311
Fax: 903.593.0846
mikejones@potterminton.com

*Attorneys for Plaintiff Crusoe Energy Systems LLC.*
