UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CRUSOE ENERGY SYSTEMS LLC,<br><br>Plaintiff<br><br>v.<br><br>UPSTREAM DATA INC.,<br><br>Defendant. | Case No.:  2:25-cv-00743-RJG |

### ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Before the Court is the Notice of Dismissal (the "Notice") filed by Plaintiff Crusoe Energy Systems LLC ("Crusoe"). (Dkt. No. 14.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendant Upstream Data Inc. ("Upstream") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.* at 1.) Defendant has not yet answered the Complaint or moved for summary judgment.

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SO ORDERED.**