**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CRUSOE ENERGY SYSTEMS LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00743-JRG |
| | § | |
| UPSTREAM DATA INC., | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff Crusoe Energy Systems LLC ("Plaintiff"). (Dkt. No. 14). In the Notice, Plaintiff states that it dismisses its case against Defendant Upstream Data Inc. ("Defendant") with prejudice. (*Id.* at 1).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all Plaintiff's claims against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs and attorneys' fees. All pending requests for relief asserted by the parties in the case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case because no parties or disputes remain.

**So ORDERED and SIGNED this 28th day of October, 2025.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE